IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| JAMES R. VANDERPOOL, THOMAS L. CAVEN, MICHELLE L. ROOT, RICHARD L. ROBERTS, THOMAS J. FUNKE, WILLIAM E. FISHER, DONALD McMULLEN, and ROBERT MACHO | ) | |
| Plaintiffs, | ) | No. 04-93C |
| v. | ) | (Judge Horn) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims ("RCFC"), defendant respectfully requests an extension of time of seven days to, and including, November 3, 2006, within which to file defendant's reply to plaintiffs' opposition to defendant's partial motion to dismiss. Our reply is currently due to be filed with the Court on or before October 27, 2006. This is defendant's first request for an extension of time for this purpose. Prior to filing this motion, defendant's counsel contacted plaintiffs' counsel who advised that plaintiffs did not object to the granting of this motion.

On October 3, 2006, plaintiffs' opposition and appendix were electronically filed with the Court. Defendant's counsel immediately forwarded plaintiffs' brief and appendix to agency counsel for the agency's comments upon the brief. However, on that date, defendant's counsel was also advised that he would have to travel to Lajes Air Force Base, the Azores, Portugal, to

provide assistance to a Department of Justice attorney trying a Government contracts case that was being tried in a Portuguese court. Consequently, because he was scheduled to begin travel to the Azores on October 21, 2006, defendant’s counsel had to spend a considerable amount of time preparing for that assignment.

On or about October 16, 2006, defendant’s counsel learned that the trip to the Azores was cancelled. Two days later, on October 18, 2006, agency counsel contacted defendant’s counsel and advised that additional time would be necessary for the agency to provide its comments upon plaintiffs’ brief.

A review of plaintiffs’ opposition reveals that plaintiffs’ arguments significantly rely upon the Federal Aviation Administration (“FAA”) Personnel Management System (“PMS”), which constitutes plaintiffs’ entire appendix. Agency counsel is not only knowledgeable about the FAA PMS, but has access to other knowledgeable individuals within the FAA. Therefore, the agency’s comments upon plaintiffs’ brief are extremely important in order to allow defendant’s counsel to fully reply to plaintiffs’ arguments. Thus, taking all of these reasons into consideration, and the fact that defendant’s counsel will not receive the agency’s comments until on or about October 25, 2006,despite our best efforts, defendant is unable to file its reply brief on or before October 27, 2006.

Time is necessary for defendant's counsel: (1) to draft defendant's reply brief, incorporating the agency comments into

the brief; (2) to confer with agency counsel upon the reply brief; and (3) to put into the reply brief into final form to be electronically filed with the Court. Moreover, defendant's counsel is also responsible for filing a formal appellate brief in Carlson v. Nicholson, No. 06-7242 (Fed. Cir.).

Taking all of the above into consideration, as well as the fact that defendant's counsel is also responsible for handling other matters concerning his caseload, we presently anticipate that seven additional days are required for defendant to file its reply brief. Further, a seven-day extension of time will not significantly impact the total period of time for the Court to reach a decision in this case.

Therefore, defendant respectfully requests that the Court grant this unopposed motion for an extension of time to, and including, November 3, 2006. Defendant also respectfully requests that the Court enlarge by seven days the filing date for plaintiffs' supplemental brief.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

\s\ Kathryn A. Bleecker
KATHRYN A. BLEECKER
Assistant Director

\s\ Steven J. Abelson
STEVEN J. ABELSON
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L St., N.W.
Washington, D.C. 20530
Tele: (202) 616-0461

Attorneys for Defendant

OF COUNSEL:

RAYMOND A. MARTINEZ
Attorney
Federal Aviation Administration
AGC-30 Personnel and Labor Law
600 Independence Ave, S.W.
Washington, D.C. 20591

October 23, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of October 2006, the foregoing "DEFENDANT’S UNOPPOSED MOTION FOR AN EXTENSION OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Steven J. Abelson