IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| JAMES R. VANDERPOOL, THOMAS L. CAVEN, MICHELLE L. ROOT, RICHARD L. ROBERTS, THOMAS J. FUNKE, WILLIAM E. FISHER, DONALD McMULLEN, and ROBERT MACHO | ) | |
| Plaintiffs, | ) | No. 04-93C |
| v. | ) | (Judge Horn) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

<u>DEFENDANT'S NOTICE OF CHANGE OF TELEPHONE NUMBER</u>

To the Clerk:

Please take notice that the telephone number for counsel for the United States has changed. Effective immediately, the new telephone number is: (202) 616-0461.

<u>/s/ Steven J. Abelson</u>
STEVEN J. ABELSON
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Telephone: (202) 616-0461
Facsimile: (202) 514-7969

October 25, 2006

CERTIFICATE OF FILING

I hereby certify that on October 25, 2006, a copy of the foregoing "DEFENDANT’S NOTICE OF NEW TELEPHONE NUMBER" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Steven J. Abelson