# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * *

JAMES R. VANDERPOOL, et al.,

Plaintiffs,

v.

UNITED STATES,

Defendant.

* * * * * * * * * * * * * * * * * *

No. 04-93C
Filed: October 30, 2006

## O R D E R

The court is in receipt of the defendant's October 23, 2006, unopposed motion for an enlargement of time of seven days, to and including November 3, 2006, within which to file defendant's reply brief on its partial motion to dismiss. Defendant's motion for enlargement is **PARTIALLY GRANTED**, in that defendant's reply brief is no longer due on or before October 27, 2006; however, given filings in this case to date, the court takes this opportunity to further revise the briefing schedule, as follows. The court had difficulty following the plaintiff's October 3, 2006 opposition to defendant's September 1, 2006 partial motion to dismiss. On or before **Monday, November 20, 2006**, plaintiff shall file a complete, stand alone, revised brief (not referring to or incorporating its October 3, 2006 brief), which 1) addresses, fully and completely, the issues raised by the defendant, in the order the defendant raised them, and not combining arguments together but specifically joining each individual issue raised by defendant; 2) which fully addresses the issues of initial year jurisdiction, and the power of the court to certify eligibility for availability pay if jurisdiction is granted over plaintiffs' LEAPA claims; 3) more fully and completely addresses this court's jurisdiction to entertain plaintiffs' claims for availability pay accruing after plaintiffs' initial year of eligibility; and (4) more completely and fully addresses plaintiffs' claims for availability pay predating the implementation of the Federal Aviation Administration Personnel Management System, 49 U.S.C. § 40122(g) (2000). On or before **Monday, December 11, 2006**, defendant shall file its reply brief.

In their submissions, the parties shall ensure, again, that all issues are joined, and addressed, and shall cite to the joint stipulation of facts, and to specific page, section and paragraph numbers in supporting documents. The parties shall not assume knowledge on the part of the court, but shall explain all acronyms and fully explain all civilian pay case concepts; shall fully cite, with dates, the correct and operative versions of all statutes and regulations pertinent to the facts of the particular claims before this court; and shall include copies of all such statutes and regulations in an appendix to their briefs.

Furthermore, the court **SCHEDULES** oral argument on the defendant's partial motion to dismiss for **Wednesday, January 3, 2007, at 10:30 a.m.**, at the Howard T. Markey National Courts Building, 717 Madison Place, NW, Washington, DC. The parties shall

appear in person for the oral argument. The courtroom number will be posted on the day of the argument. The parties will be prepared to address all arguments.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**