IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| JAMES R. VANDERPOOL, THOMAS L. CAVEN, MICHELLE L. ROOT, RICHARD L. ROBERTS, THOMAS J. FUNKE, WILLIAM E. FISHER, DONALD McMULLEN, and ROBERT MACHO | ) | |
| Plaintiffs, | ) | No. 04-93C |
| v. | ) | (Judge Horn) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to Rule 6.1 of the Rules of the United States Court of Federal Claims (“RCFC”), defendant respectfully requests an enlargement of time of seven days to, and including, December 18, 2006, within which to file defendant's reply to “Plaintiffs’ Opposition to Defendant’s Partial Motion to Dismiss Submitted Pursuant to the Court’s Order Filed October 30, 2006.” Our reply is currently due to be filed with the Court on or before December 11, 2006. Moreover, defendant also respectfully requests an enlargement of time of two days, to and including January 5, 2006, for the parties to present oral argument upon defendant’s partial motion to dismiss. Oral argument is currently scheduled for January 3, 2006.

This is defendant’s first request for an enlargement of time (1) to reply to plaintiffs’ opposition that was filed pursuant to the Court’s October 30, 2006 order; and (2) to present oral argument upon defendant’s partial motion to dismiss. Prior to

filing this motion, defendant's counsel contacted plaintiffs' counsel who advised that plaintiffs did not object to the granting of this motion.

On November 20, 2006, plaintiffs' opposition and appendix were electronically filed with the Court. Defendant's counsel immediately forwarded plaintiffs' brief and appendix to agency counsel for the agency's comments upon the brief. However, during that week, defendant's counsel was also responsible for filing a formal brief in Carlson v. Nicholson, No. 06-7151 (Fed. Cir.). Moreover, the Thanksgiving holiday was on November 23, 2006 and defendant's counsel had to take leave for personal reasons on November 22, 2006 and November 24, 2006. Defendant's counsel did not return to his office until November 27, 2006.

Agency counsel and defendant's counsel have been diligently working upon the reply brief. However, on December 6, 2006, agency counsel advised defendant's counsel that individuals within the Federal Aviation Administration ("FAA") wanted to review the reply brief prior to the Government filing the brief with the Court and provide comments upon the brief. Thus, additional time is necessary: (1) for the FAA's review to take place; (2) for defendant's counsel to incorporate the FAA's additional comments in the reply brief; and (3) for defendant's counsel to put the reply brief into final form for filing with the Court. Consequently, despite our best efforts, defendant is unable to file our reply brief on or before December 11, 2006.

Normally, defendant would have sought a shorter enlargement of time than is being requested in this motion. However, beginning December 12, 2006, defendant begins official travel to Los Angeles, California, to take a deposition in Northrop Grumman, Inc. v. United States, No. 96-760 (Fed. Cl.), and will not return to his office until December 18, 2005. Moreover, defendant's counsel is also responsible for filing an informal brief in Kelly v. Department of Agriculture, No. 07-3012 (Fed. Cir.), as well as handling other matters concerning his caseload. Nonetheless, with the exception of the seven-day enlargement requested in this unopposed motion, defendant will not need any additional time to file its reply brief.

During the December 6, 2006 conversation between defendant's counsel and agency counsel, agency counsel advised that he will be in San Antonio, Texas on January 3, 2007. Agency counsel's presence at the oral argument is very important. Therefore, taking into consideration that agency counsel will not return to his office until January 4, 2007, and that plaintiffs' counsel advised defendant's counsel that he is available on January 5, 2007, defendant respectfully requests that the Court conduct oral argument on January 5, 2007, rather on January 3, 2007.

For all of these reasons, seven additional days are required for defendant to file its reply brief, and two additional days are required for the parties to present oral argument. Further, a seven-day enlargement of time for defendant to file its reply

brief, and an oral argument being conducted two days later, will not significantly impact the total period of time for the Court to reach a decision in this case.

Accordingly, defendant respectfully requests that the Court grant this unopposed motion for an enlargement of time of seven days to, and including, December 18, 2006, for defendant to file its reply brief. Defendant also respectfully requests that the Court enlarge by two days, to and including January 5, 2007, the date for oral argument to be conducted.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

\s\ Kathryn A. Bleecker
KATHRYN A. BLEECKER
Assistant Director

\s\ Steven J. Abelson
STEVEN J. ABELSON
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L St., N.W.
Washington, D.C. 20530
Tele: (202) 616-0461

Attorneys for Defendant

OF COUNSEL:

RAYMOND A. MARTINEZ
Attorney
Federal Aviation Administration
AGC-30 Personnel and Labor Law
600 Independence Ave, S.W.
Washington, D.C. 20591

December 7, 2006

CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of November 2006, the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

\s\ Steven J. Abelson