# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * *

**JAMES R. VANDERPOOL, et al.,**

**Plaintiffs,**

**v.**

**UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * *

**No. 04-93C**
**Filed: December 12, 2006**

**O R D E R**

The court is in receipt of the defendant's December 7, 2006, unopposed motion for an enlargement of time of seven days, to and including December 18, 2006, within which to file defendant's reply brief on its partial motion to dismiss. Defendant's motion for an enlargement of time is **GRANTED**. Defendant shall file its reply brief on or before **Monday, December 18, 2006**. Also as requested by defendant, and with the concurrence of the plaintiff, the court **RESCHEDULES** oral argument on the defendant's partial motion to dismiss from January 3, 2007, to **Friday, January 5, 2007, at 10:30 a.m. EST**, at the Howard T. Markey National Courts Building, 717 Madison Place, NW, Washington, DC. The parties shall appear in person for the oral argument. The courtroom number will be posted on the day of the argument. The parties will be prepared to address all arguments.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**