No. 04-0093C
Judge Horn

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

JAMES R. VANDERPOOL, THOMAS L. CAVEN, MICHELLE L. ROOT, RICHARD L. ROBERTS, THOMAS J. FUNKE, WILLIAM E. FISHER, DONALD MCMULLEN, and ROBERT MACHO,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

# DEFENDANT'S SUPPLEMENTAL APPENDIX-VOL II

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

KATHRYN A. BLEECKER
Assistant Director

STEVEN J. ABELSON
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8TH Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 616-0461
Fax: (202) 515-7969

Attorneys for Defendant

OF COUNSEL:

RAYMOND A. MARTINEZ
Attorney
Federal Aviation Administration
AGC-30 Personnel and Labor Law
600 Independence Ave., S.W.
Washington, D.C. 20591

December 18, 2006

# INDEX TO SUPPLEMENTAL APPENDIX[1/]

**DOCUMENT(s)** **PAGE(s)**

FAA Human Resource Management Directives,
Order No. 3550.13, Dated October 25, 1983 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1

5 U.S.C. § 5546a, "Differential Pay for Certain Employees of the
Federal Aviation Administration and the Department of Defense . . . . . . . . . . . . . . . . . . 26

Federal Aviation Administration Memo, Eligibility for
Availability Pay, Dated August 10, 1995 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 28

1/ The copy of statute contained in this supplemental appendix was printed from Westlaw.

*© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

5 USCA S 5546a
5 U.S.C.A. § 5546a
<KeyCite Citations>

Effective: [See Text Amendments]

UNITED STATES CODE ANNOTATED
TITLE 5. GOVERNMENT ORGANIZATION AND EMPLOYEES
PART III--EMPLOYEES
SUBPART D--PAY AND ALLOWANCES
CHAPTER 55--PAY ADMINISTRATION
SUBCHAPTER V--PREMIUM PAY
§ 5546a. Differential pay for certain employees of the Federal Aviation Administration and the Department of Defense

(a) The Administrator of the Federal Aviation Administration (hereafter in this section referred to as the "Administrator") and the Secretary of Defense (hereafter in this section referred to as the "Secretary") may pay premium pay at the rate of 5 per centum of the applicable rate of basic pay to--

(1) any employee of the Federal Aviation Administration or the Department of Defense who is--

(A) occupying a position in the air traffic controller series classified not lower than GS-9 and located in an air traffic control center or terminal or in a flight service station;

(B) assigned to a position classified not lower than GS-09 or WG-10 located in an airway facilities sector; or

(C) assigned to a flight inspection crew-member position classified not lower than GS-11 located in a flight inspection field office,

the duties of whose position are determined by the Administrator or the Secretary to be directly involved in or responsible for the operation and maintenance of the air traffic control system; and

(2) any employee of the Federal Aviation Administration or the Department of Defense who is assigned to a flight test pilot position classified not lower than GS-12 located in a region or center, the duties of whose position are determined by the Administrator or the Secretary to be unusually taxing, physically or mentally, and to be critical to the advancement of aviation safety; and

(3) any employee of the Federal Aviation Administration who occupies a position at the Federal Aviation Administration Academy, Oklahoma City, Oklahoma, the duties of which are determined by the Administrator to require the individual to be actively engaged in or directly responsible for training employees to perform the duties of a position described in subparagraph (a); (b); or (c) or paragraph (1) of this subsection, and who, immediately prior to assuming such position at such Academy, occupied a position referred to in subparagraph (a), (b), or (c) of paragraph (1) of this subsection.

(b) The premium pay payable under any subsection of this section is in addition to basic pay and to

premium pay payable under any other subsection of this section and any other provision of this subchapter.

(c)(1) The Administrator or the Secretary may pay premium pay to any employee of the Federal Aviation Administration or the Department of Defense who--

(A) is an air traffic controller located in an air traffic control center or terminal;

(B) is not required as a condition of employment to be certified by the Administrator or the Secretary as proficient and medically qualified to perform duties including the separation and control of air traffic; and

(C) is so certified.

(2) Premium pay paid under paragraph (1) of this subsection shall be paid at the rate of 1.6 per centum of the applicable rate of basic pay for so long as such employee is so certified.

(d)(1) The Administrator or the Secretary may pay premium pay to any air traffic controller of the Federal Aviation Administration or the Department of Defense who is assigned by the Administrator or the Secretary to provide on-the-job training to another air traffic controller while such other air traffic controller is directly involved in the separation and control of live air traffic.

(2) Premium pay paid under paragraph (1) of this subsection shall be paid at the rate of 10 per centum of the applicable hourly rate of basic pay times the number of hours and portion of an hour during which the air traffic controller of the Federal Aviation Administration or the Department of Defense provides on-the-job training.

(e)(1) The Administrator or the Secretary may pay premium pay to any air traffic controller or flight service station specialist of the Federal Aviation Administration or the Department of Defense who, while working a regularly scheduled eight-hour period of service, is required by his supervisor to work during the fourth through sixth hour of such period without a break of thirty minutes for a meal.

(2) Premium pay paid under paragraph (1) of this subsection shall be paid at the rate of 50 per centum of one-half of the applicable hourly rate of basic pay.

(f)(1) The Administrator or the Secretary shall prescribe standards for determining which air traffic controllers and other employees of the Federal Aviation Administration or the Department of Defense are to be paid premium pay under this section.

(2) The Administrator and the Secretary may prescribe such rules as he determines are necessary to carry out the provisions of this section.

CREDIT(S)

(Added Pub.L. 97-276, § 151(c)(1), (d), Oct. 2, 1982, 96 Stat. 1200, 1201, and amended Pub.L. 97-377, Title I, § 145(a), formerly § 145, Dec. 21, 1982, 96 Stat. 1917, renumbered § 145(a), Pub.L. 98-78, Title III, § 320(1), Aug. 15, 1983, 97 Stat. 473; Pub.L. 98-525, Title XV, § 1537(c)(1) to (6)(A), Oct. 19, 1984, 98 Stat. 2635, 2636.)

12/05/2000 10:54 4252272711

AUG-11-95 FRI 9:40

PAGE 01

EXHIBIT Z CAVEN 10-18-05

PENGAD 800-631-6989

U.S. Department of Transportation
Federal Aviation Administration

# Memorandum

Subject: INFORMATION: Eligibility for Availability Pay

Date: AUG 10 1995

From: Director, Office of Civil Aviation Security Operations

Reply to Attn. of:

To: Managers, All AXX-700s and Manager, ACT-8

We recently received a request from the field for a determination on the eligibility of our employees classified in the Criminal Investigating, GS-1811, series for a new form of premium pay called "availability pay". For covered criminal investigators, availability pay replaces AUO pay.

Briefly stated, the implementing regulations require that three conditions must be met in order for an employee to receive availability pay: (1) the employee must be classified in the GS-1811 series; (2) the employee must be occupying a position covered by the early retirement provisions for law enforcement officers; and, (3) a determination must be made that the employee is expected to work, or is available to work, an annual average of 2 hours of unscheduled duty per regular work day.

In our case, while clearly we have a number of positions classified in the Criminal Investigating series, none of them are covered under the provisions of law enforcement retirement. As you know we have studied, in conjunction with AHR, the issue of law enforcement retirement coverage a number of times over the past several years and always reached the conclusion that none of our positions meet the eligibility requirements for coverage. This conclusion was recently affirmed by the Assistant Secretary for Administration on an appeal of the coverage determination by one our former employees.

RE -

AUG 11 1995

Since none of our positions are covered under law enforcement retirement it is apparent that no position within ACS is eligible for availability pay. (While a determination under requirement number three above becomes

2

moot, it does not appear likely, based on our experience under AUO, that a positive determination could have been made.)

If you have any questions on the above please give Jeff in ACS-40 a call on 202-267-9864.

for [signature]
~~Bruce R.~~ Butterworth