# In the United States Court of Federal Claims

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * | |
| JAMES R. VANDERPOOL, et al., | |
| Plaintiffs, | |
| v. | No. 04-93C<br>Filed: January 5, 2007 |
| UNITED STATES, | |
| Defendant. | |
| * * * * * * * * * * * * * * * * * * | |

## O R D E R

The court held oral argument on the defendant's partial motion to dismiss on January 5, 2007. Based on the discussion and argument at the hearing, at a minimum, the parties shall address the following matters in succinct, supplemental briefings: the detailed pay claims and procedural history for each individual plaintiff, with exact dates; what claims and issues are conceded by defendant, and are not conceded by defendant; whether or not availability pay is a form of operational differential pay, and the impact on each individual plaintiff; and the futility of each plaintiff seeking certification of availability pay claims with the agency, versus statutory requirements to seek such certification. On or before **Wednesday, January 24, 2007**, plaintiffs shall file their opening supplemental brief. On or before **Monday, February 12, 2007**, defendant shall file its supplemental response brief. On or before **Tuesday, February 20, 2007**, plaintiffs shall file either a supplemental reply brief, or a short notice indicating that they will stand on their opening supplemental brief and that no further reply is deemed necessary. The supplemental briefs shall explain acronyms, use exact dates and citations, and endeavor to explain civilian pay concepts.

Furthermore, as discussed at the January 5, 2007 hearing, the parties shall engage in discussions to attempt to settle the availability pay claims of all, or a portion, of the plaintiffs. On or before **Friday, January 19, 2007**, the parties shall file a joint status report reflecting the results of their settlement efforts, but omitting any reference to settlement numbers.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**