IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| JAMES R. VANDERPOOL, THOMAS L. CAVEN, MICHELLE L. ROOT, RICHARD L. ROBERTS, THOMAS J. FUNKE, WILLIAM E. FISHER, DONALD McMULLEN, and ROBERT MACHO, | |
| Plaintiffs, | No. 04-93C |
| v. | (Judge Horn) |
| THE UNITED STATES, | |
| Defendant. | |

STATUS REPORT

Pursuant to the Court's January 5, 2007 order, defendant respectfully submits this status report for the parties. Prior to filing this status report, defendant's counsel discussed the contents of the status report with plaintiffs' counsel who advised that plaintiffs did not object to defendant filing this status report for the parties.

On January 18, 2007, plaintiffs' counsel advised defendant's counsel that plaintiffs' counsel was still in consultation with his clients concerning settlement in this case. Plaintiffs' counsel further stated that a resolution concerning settlement would not occur on or before January 19, 2007, which is the date this status report is due to be filed. Plaintiffs' counsel also advised that he would provide defendant's counsel a definitive answer upon settlement before January 24, 2007, which is the date plaintiffs' opening supplemental brief is due to be filed with

the Court.

For all of these reasons, the parties, at this time, cannot advise the Court as to whether this case will settle. Should plaintiffs, prior to January 24, 2007, make an offer of compromise that would begin the Department of Justice's process for reviewing offers of compromise, the Court will be immediately advised. If such an offer of compromise is not provided defendant, it is anticipated that plaintiffs will file their opening supplemental brief on or before January 24, 2007.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

\s\ Kathryn A. Bleecker
KATHRYN A. BLEECKER
Assistant Director

\s\ Steven J. Abelson
STEVEN J. ABELSON
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L St., N.W.
Washington, D.C. 20530
Tele: (202) 616-0461

Attorneys for Defendant

OF COUNSEL:

RAYMOND A. MARTINEZ
Attorney
Federal Aviation Administration
AGC-30 Personnel and Labor Law
600 Independence Ave, S.W.
Washington, D.C. 20591

January 19, 2007

CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of January 2007, the foregoing "STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

\s\ Steven J. Abelson