# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * *

**JAMES R. VANDERPOOL, et al.,**

**Plaintiffs,**

**v.**

**UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * *

**No. 04-93C**
**Filed: February 8, 2007**

## O R D E R

Defendant's counsel orally requested an enlargement of time, for family reasons, to file the government's supplemental response brief, which the court **GRANTS**. On or before **Monday, February 26, 2007**, defendant shall file its supplemental response brief. As a result of this enlargement of time, on or before **Monday, March 5, 2007**, plaintiffs shall file either a supplemental reply brief, or a short notice indicating that plaintiffs will stand on their opening supplemental brief and that no further reply is deemed necessary. As previously stated, the supplemental briefs shall explain acronyms, use exact dates and citations, and endeavor to explain civilian pay concepts.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**