No. 04-0093C
Judge Horn

---

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

JAMES R. VANDERPOOL, THOMAS L. CAVEN,
MICHELLE L. ROOT, RICHARD L. ROBERTS, THOMAS J. FUNKE,
WILLIAM E. FISHER, DONALD MCMULLEN, and ROBERT MACHO,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

---

DEFENDANT'S 2ND SUPPLEMENTAL APPENDIX-VOL I

---

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Acting Director

KATHRYN A. BLEECKER
Assistant Director

STEVEN J. ABELSON
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8TH Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 616-0461
Fax: (202) 514-7969

Attorneys for Defendant

OF COUNSEL:

RAYMOND A. MARTINEZ
Attorney
Federal Aviation Administration
AGC-30 Personnel and Labor Law
600 Independence Ave., S.W.
Washington, D.C. 20591

February 26, 2007

# INDEX TO SUPPLEMENTAL APPENDIX

**DOCUMENT(s)** **PAGE(s)**

## VOLUME I

5 C.F.R. § 550.103 . . . . . . . . . . 1

Declaration Of Susan J. Underwood, Dated
February 22, 2007 . . . . . . . . . . 3

Defendant's Submission of Information Extracted From
The Federal Aviation Administrations's Personnel
Records Reflecting Each Position, And General Schedule
Series Classification For Those Positions, That Each
Plaintiff Held During The Periods Of Time Each
Plaintiff Claims Entitlement To Availability Pay
Pursuant To 5 U.S.C. § 5545a . . . . . . . . . . 5

## VOLUME II

Provisions of The Federal Aviation Administration's ("FAA")
1997 Core Compensation Plan . . . . . . . . . . 12

FAA Order 3550.10 Pay Administration
Chapter 2: Premium Pay . . . . . . . . . . 31

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

5 CFR S 550.103
5 C.F.R. § 550.103
<KeyCite Citations>
Effective: May 01, 2005

CODE OF FEDERAL REGULATIONS
TITLE 5--ADMINISTRATIVE PERSONNEL
CHAPTER I--OFFICE OF PERSONNEL MANAGEMENT
SUBCHAPTER B--CIVIL SERVICE REGULATIONS
PART 550--OFFICE OF PERSONNEL MANAGEMENT
SUBPART A--PREMIUM PAY
GENERAL PROVISIONS
§ 550.103 Definitions.

In this subpart:

Administrative workweek means any period of 7 consecutive days (as defined in this section) designated in advance by the head of the agency under section 6101 of title 5, United States Code.

Agency means--

(1) A department as defined in this section; and

(2) A legislative or judicial branch agency which has positions that are subject to subchapter V of chapter 55 of title 5, United States Code.

Basic workweek, for full-time employees, means the 40-hour workweek established in accordance with § 610.111 of this chapter.

Criminal investigator means a law enforcement officer as defined in 5 U.S.C. 5541(3) and this section--

(1) Whose position is properly classified under the GS-1811 or GS-1812 series in the General Schedule classification system based on OPM classification standards (or would be so classified if covered under that system);

(2) Who is a pilot employed by the United States Customs Service;

(3) Who is a special agent in the Diplomatic Security Service in a position which has been properly determined by the Department of State to have a Foreign Service primary skill code of 2501;

(4) Who is a special agent in the Diplomatic Security Service who has been placed by the Department of State in a non-covered position on a long-term training assignment that will be career-enhancing for a current or future assignment as a Diplomatic Security Service special agent, provided the employee is expected to return to duties as a special agent in a Foreign Service position with a 2501 primary skill code or to a position properly classified in the GS-1811 series immediately following such training;

(5) Who occupies a position in the Department of State in which he or she performs duties and responsibilities of a special agent requiring Foreign Service primary skill code 2501, pending the opening of a position with primary skill code 2501 and placement in that position as a special agent; or

(6) Who is a special agent in the Diplomatic Security Service with a Foreign Service personal primary skill code of 2501 (or whose position immediately prior to the detail was properly classified in the GS-1811 series) and who meets all of the following three conditions:

(i) The individual is assigned outside the Department of State;

(ii) The assigned position would have a primary skill code of 2501 (or would be properly classified in the GS-1811 series under the General Schedule classification system based on OPM classification standards) if the position were under the Foreign Service (or General Schedule) in the Department of State; and

(iii) The individual is expected to return to a position as a special agent in the Diplomatic Security Service with a 2501 primary skill code (or to a position that is properly classified in the GS-1811 series) immediately following such outside assignment.

Day (for overtime pay purposes) means any 24-hour period designated by an agency within the administrative workweek applicable to the employee. A day need not correspond to the 24-hour period of a calendar day. If the agency has not designated another period of time, a day is a calendar day.

Department means an executive agency and a military department as defined by sections 105 and 102 of title 5, United States Code.

Emergency means a temporary condition posing a direct threat to human life or property, including a forest wildfire emergency.

Employee means an employee to whom this subpart applies.

Head of a department means the head of a department and, except for the purpose of § 550.101(b)(2), an official who has been delegated authority to act for the head of a department in the matter concerned.

Holiday work means nonovertime work performed by an employee during a regularly scheduled daily tour of duty on a holiday designated in accordance with § 610.202 of this chapter.

Irregular or occasional overtime work means overtime work that is not part of an employee's regularly scheduled administrative workweek.

Law enforcement officer means an employee who--

(1) Is a law enforcement officer within the meaning of 5 U.S.C. 8331(20) (as further defined in § 831.902 of this chapter) or 5 U.S.C. 8401(17) (as further defined in § 842.802 of this chapter), as applicable;

(2) In the case of an employee who holds a secondary position, as defined in § 831.902 of this chapter, and is subject to the Civil Service Retirement System, but who does not qualify to be considered a law enforcement officer within the meaning of 5 U.S.C. 8331(20), would so qualify if such employee had transferred directly to such position after serving as a law enforcement officer within the meaning of such section;

(3) In the case of an employee who holds a secondary position, as defined in § 842.802 of this chapter, and is subject to the Federal Employees Retirement System, but who does not qualify to be considered a law enforcement officer within the meaning of 5 U.S.C. 8401(17), would so qualify if such employee had transferred directly to such position after performing duties described in 5 U.S.C. 8401(17)(A) and (B) for at least 3 years; and

(4) In the case of an employee who is not subject to either the Civil Service Retirement System or the Federal Employees Retirement System--

(i) Holds a position that the agency head (as defined in §§ 831.902 and 842.802 of this chapter) determines would satisfy paragraph (1), (2), or (3) of this definition if the employee were subject to the Civil Service Retirement System or the Federal Employees Retirement System (subject to OPM oversight as described in §§ 831.911 and 842.808 of this chapter); or

(ii) Is a special agent in the Diplomatic Security Service.

Nightwork has the meaning given that term in § 550.121, and includes any nightwork preformed by an employee as part of his or her regularly scheduled administrative workweek.

Overtime work has the meaning given that term in § 550.111 and includes irregular or occasional overtime work and regular overtime work.

Performing work in connection with an emergency means performing work that is directly related to resolving or coping with an emergency or its immediate aftermath.

Premium pay means the dollar value of earned hours of compensatory time off and additional pay authorized by subchapter V of chapter 55 of title 5, United States Code, and this subpart for overtime, night, Sunday, or holiday work; or for standby duty, administratively uncontrollable overtime work, or availability duty. This excludes overtime pay paid to employees under the Fair Labor Standards Act and compensatory time off earned in lieu of such overtime pay.

Protective duties means duties authorized by section 3056(a) of title 18, United States Code, or by section 2709(a)(3) of title 22, United States Code.

Rate of basic pay means the rate of pay fixed by law or administrative action for the position held by an employee, including any applicable locality payment under 5 CFR part 531, subpart F; special rate supplement under 5 CFR part 530, subpart C; or similar payment or supplement under other legal authority, before any deductions and exclusive of additional pay of any other kind.

Regular overtime work means overtime work that is part of an employee's regularly scheduled administrative workweek.

Regularly scheduled administrative workweek, for a full-time employee, means the period within an administrative workweek, established in accordance with § 610.111 of this chapter, within which the employee is regularly scheduled to work. For a part-time employee, it means the officially prescribed days and hours within an administrative workweek during which the employee is regularly scheduled to work.

Regularly scheduled work means work that is scheduled in advance of an administrative workweek under an agency's procedures for establishing workweeks in accordance with § 610.111, excluding any such work to which availability pay under § 550.181 applies.

Sunday work means nonovertime work performed by a full-time employee during a regularly scheduled daily tour of duty when any part of that daily tour of duty is on a Sunday. For any such tour of duty, not more than 8 hours of work are Sunday work, unless the employee is on a compressed work schedule, in which case the entire regularly scheduled daily tour of duty constitutes Sunday work.

Tour of duty means the hours of a day (a daily tour of duty) and the days of an administrative workweek (a weekly tour of duty) that constitute an employee's regularly scheduled administrative workweek.

5 C. F. R. § 550.103, 5 CFR § 550.103

END OF DOCUMENT

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| JAMES R. VANDERPOOL, THOMAS L. CAVEN, MICHELLE L. ROOT, RICHARD L. ROBERTS, THOMAS J. FUNKE, WILLIAM E. FISHER, DONALD McMULLEN, and ROBERT MACHO, | ) | |
| Plaintiffs, | ) | No. 04-0093C |
| v. | ) | (Judge Horn) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**DECLARATION OF SUSAN J. UNDERWOOD**

I, Susan J. Underwood, hereby declare under penalty of perjury that:

1. I am the Manager, Training and Workforce Resources Staff, Office of Security and Hazardous Material, Federal Aviation Administration ("FAA"). In that position, I am authorized to access FAA personnel records.

2. The trial attorney representing the Government in this case, Steven J. Abelson, had a copy of plaintiffs' supplemental memorandum sent to me. Mr. Abelson requested that, in my official capacity, I provide him with information concerning the positions that each plaintiff held, and the General Schedule ("GS") series classification, for each position that each plaintiff held during the periods of time that each plaintiff is claiming entitlement to availability pay pursuant to 5 U.S.C. § 5545a.

3. In accordance with Mr. Abelson's request, I accessed the FAA's personnel records and extracted information concerning each position that each plaintiff held, and the GS series classifications for those positions, during periods of time that each plaintiff was claiming entitlement to availability pay.

4. I have reviewed "Defendant's Submission Of Information Extracted From The Federal Aviation Administration's Personnel Records Reflecting Each Position, And The General Schedule Series Classifications For Those Positions, That Each Plaintiff Held During The

Periods Of Time That Each Plaintiff Claims Entitlement To Availability Pay Pursuant To 5 U.S.C. § 5445a." I certify that, to the best of my knowledge and belief, the information contained in defendant's submission accurately represents the information contained in the FAA personnel records that I extracted concerning each position, and the GS series classifications of those positions, that each plaintiff held during the periods of time that each plaintiff claims entitlement to availability pay.

I, Susan Underwood, pursuant to 28 U.S.C. § 1746, declare that the above statements are true and correct to the best of my knowledge and belief.

Dated 2/22/2007

Susan J. Underwood

SUSAN J. UNDERWOOD
Manager
Training and Workforce Resources Staff
Office of Security and Hazardous Material
Federal Aviation Administration

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| JAMES R. VANDERPOOL, THOMAS L. CAVEN, MICHELLE L. ROOT, RICHARD L. ROBERTS, THOMAS J. FUNKE, WILLIAM E. FISHER, DONALD McMULLEN, and ROBERT MACHO,<br><br>Plaintiffs,<br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | No. 04-0093C<br>(Judge Horn) |

DEFENDANT'S SUBMISSION OF INFORMATION EXTRACTED FROM THE FEDERAL AVIATION ADMINISTRATION'S PERSONNEL RECORDS REFLECTING EACH POSITION, AND THE GENERAL SCHEDULE SERIES CLASSIFICATION FOR THOSE POSITIONS, THAT EACH PLAINTIFF HELD DURING THE PERIODS OF TIME THAT EACH PLAINTIFF CLAIMS <u>ENTITLEMENT TO AVAILABILITY PAY PURSUANT TO 5 U.S.C. § 5445a</u>

| PERIODS CLAIMED FOR JAMES R. VANDERPOOL | JAMES R. VANDERPOOL POSITIONS AND SERIES CLASSIFICATIONS FOR PERIODS CLAIMED |
|---|---|
| October 31, 1994-October 30, 1995 | <u>October 31, 1994-May 28, 1995</u>: GM-1811-14, Supervisory Criminal Investigator<br><br><u>May 29, 1995- October 30, 1995</u>: GM-1801-14, Supervisory Investigations and Internal Security Specialist |
| October 31, 1995-March 25, 2001 | <u>October 31, 1995-March 31, 1996</u>: GM-1801-14, Supervisory Investigations and Internal Security Specialist<br><br><u>April 1, 1996-March 28, 1999</u>: FM-1801-14, Supervisory Investigations & Internal Security Specialist<br><br><u>March 28, 1999-April 23, 2000</u>: FG-1801-15, Supervisory Investigations & Internal Security Specialist<br><br><u>April 23, 2000-March 25, 2001</u>: FV- 1801-K, Supervisory Investigations & Internal Security Specialist |

| PERIODS CLAIMED FOR RICHARD L. ROBERTS | RICHARD L. ROBERTS POSITIONS AND SERIES CLASSIFICATIONS FOR PERIODS CLAIMED |
|---|---|
| October 31, 1994-October 30, 1995 | October 31, 1994-October 30,1995: GS-1801-12, Civil Aviation Security Specialist. |
| October 31, 1995-March 26, 2001 | October 31,1995-March 31, 1996: GS-1801-12, Civil Aviation Security Specialist.<br><br>April 1, 1996-May 25, 1997: FG-1801-12, Civil Aviation Security Specialist.<br><br>May 26, 1997-Nov 8, 1997: FG-1801-12, Civil Aviation Security Specialist.<br><br>November 9, 1997-Dec 20, 1998: FG-1811-12, Criminal Investigator<br><br>December 20, 1998-March 25, 2001: FG-1811-13, Criminal Investigator assigned to Internal Security Branch,<br><br>March 26, 2001: FG-1801-13, Civil Aviation Security Specialist |

| PERIODS CLAIMED FOR THOMAS J. FUNKE | THOMAS J. FUNKE POSITIONS AND SERIES CLASSIFICATIONS FOR PERIODS CLAIMED |
|---|---|
| October 30, 1994-April 1, 1996 | October 31, 1994-April 2, 1995: GM-1801-13, Supervisory Civil Aviation Security Specialist<br><br>April 2, 1995-March 31, 1996: GS-1811-13, Criminal Investigator, Internal Security Branch. |
| April 1, 1996-March 26, 2001 | April 1, 1996-October 13, 1996: FG-1811-13, Criminal Investigator.<br><br>October 14, 1996-March 25, 2001: FG 1811-13, Criminal Investigator.<br><br>March 26, 2001: FG-1801-13, Civil Aviation Security Specialist (Investigations) |

| PERIODS CLAIMED FOR THOMAS L. CAVEN | THOMAS L. CAVEN POSITIONS AND SERIES CLASSIFICATIONS FOR PERIODS CLAIMED |
|---|---|
| October 31, 1994-October 30, 1995 | October 31, 1994-December 24, 1994: GS-1811-12, Criminal Investigator, Internal Security Branch<br><br>December 25, 1994-April 15, 1995: GS-1811-13, Criminal Investigator, Internal Security Branch<br><br>April 16, 1995-October 30, 1995: GS-1811-13, Senior Criminal Investigator, Internal Security Branch |
| October 31, 1995-January 4, 2002 | October 31, 1995-March 31, 1996: GS-1811-13, Senior Criminal Investigator, Internal Security Branch<br><br>April 1, 1996-January 6, 2002: FG-1811-13, Senior Criminal Investigator, Internal Security Branch.<br><br>January 6, 2002: FG-1801-13,Civil Aviation Security Specialist (Investigations), Internal Security Branch |

| PERIODS CLAIMED FOR MICHELLE L. ROOT | MICHELLE L. ROOT POSITIONS AND SERIES CLASSIFICATIONS FOR PERIODS CLAIMED |
|---|---|
| June 7, 1998-June 6, 1999 | June 7, 1998-June 6, 1999:<br>FG-1811-12, Criminal Investigator Internal Security Branch. |
| June 7, 1999-March 26, 2001 | June 7, 1999-January 31, 1999:<br>FG-1811-12, Criminal Investigator Internal Security Branch.<br><br>February 1, 1999-March 25, 2001: FG-1811-13, Criminal Investigator (DISP), Internal Security Branch.<br><br>March 26, 2001:<br>FG-1801-13, Civil Aviation Security Specialist (Investigations), Internal Security Branch. |

| PERIODS CLAIMED FOR WILLIAM E. FISHER | WILLIAM E. FISHER POSITIONS AND SERIES CLASSIFICATIONS FOR PERIODS CLAIMED |
|---|---|
| October 31, 1994-October 30, 1995 | October 31, 1994-October 30, 1995: GS-1811-13, Criminal Investigator (Central Region) |
| October 31, 1995-March 26, 2001 | October 31, 1995-March 31, 1996: GS-1811-13, Criminal Investigator (Central Region)<br><br>April 2, 1996-March 26, 2001 FG-1811-13, Criminal Investigator (Central Region) |

| PERIODS CLAIMED FOR DONALD McMULLEN | DONALD McMULLEN POSITIONS AND SERIES CLASSIFICATIONS FOR PERIODS CLAIMED |
|---|---|
| September 14, 1997-September 13, 1998 | September 14, 1997-September 13, 1998: FG-1811-9, Criminal Investigator (Western Pacific Region) |
| September 14, 1998-March 26, 2001 | September 14,, 1998-September 12, 1999: FG-1811-11, Criminal Investigator (Western Pacific Region)<br><br>September 13, 1999-October 8, 2000: FG-1811-12, Criminal Investigator (Western Pacific Region)<br><br>October 9, 2000-March 26, 2001: FG-1801, Civil Aviation Security Specialist, Western Pacific Region. |

| PERIODS CLAIMED FOR ROBERT MACHO | ROBERT MACHO POSITIONS AND SERIES CLASSIFICATIONS FOR PERIODS CLAIMED |
|---|---|
| August 16, 1998-August 15, 1999 | August 16, 1998-December 6, 1998: FG-1811-11, Criminal Investigator, Internal Security Branch<br><br>December 7, 1998-August 15, 1999: FG-1811-12, Criminal Investigator, Internal Security Branch |
| August 16, 1999-February 10, 2001 | August 16, 1999-October 24, 1999: FG-1811-12, Criminal Investigator, Internal Security Branch<br><br>October 25, 1999-February 10, 2001: FG-1811-13, Criminal Investigator, Internal Security Branch (Mr. Macho employed by Department of Homeland Security on or about February 11, 2001) |

I certify that I am the individual who, in my official capacity, extracted the information from the official personnel records maintained by the Federal Aviation Administration and, to the best of my knowledge and belief, the information contained in this document is an accurate representation of the information that I extracted from the personnel records maintained by the Federal Aviation Administration.

Dated 2/22/2007

Susan Underwood
SUSAN UNDERWOOD
Manager
Training and Workforce Resources Staff,
Office of Security and Hazardous Material,
Federal Aviation Administration