No. 04-0093C
Judge Horn

---

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

JAMES R. VANDERPOOL, THOMAS L. CAVEN, MICHELLE L. ROOT, RICHARD L. ROBERTS, THOMAS J. FUNKE, WILLIAM E. FISHER, DONALD MCMULLEN, and ROBERT MACHO,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

---

DEFENDANT'S 2ND SUPPLEMENTAL APPENDIX-VOL II

---

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Acting Director

KATHRYN A. BLEECKER
Assistant Director

STEVEN J. ABELSON
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8TH Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 616-0461
Fax: (202) 514-7969

Attorneys for Defendant

OF COUNSEL:

RAYMOND A. MARTINEZ
Attorney
Federal Aviation Administration
AGC-30 Personnel and Labor Law
600 Independence Ave., S.W.
Washington, D.C. 20591

February 26, 2007

## INDEX TO SUPPLEMENTAL APPENDIX

**DOCUMENT(s)** **PAGE(s)**

### VOLUME I

5 C.F.R. § 550.103 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1

Declaration Of Susan J. Underwood, Dated
February 22, 2007 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3

Defendant's Submission of Information Extracted From
The Federal Aviation Administrations's Personnel
Records Reflecting Each Position, And General Schedule
Series Classification For Those Positions, That Each
Plaintiff Held During The Periods Of Time Each
Plaintiff Claims Entitlement To Availability Pay
Pursuant To 5 U.S.C. § 5545a . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5

### VOLUME II

Provisions of The Federal Aviation Administration's ("FAA")
1997 Core Compensation Plan . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12

FAA Order 3550.10 Pay Administration
Chapter 2: Premium Pay . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 31

FAA employee site

## 1997 Core Compensation Plan

***The New FAA***
***Compensation System***

Prepared for The Administrator, Federal Aviation Administration by FAA Compensation Committee

September 30, 1997

*Compensation Committee Review*
As members of the Compensation Committee, we have reviewed the Core Compensation Plan and recommend the Administrator approve the program for implementation.

*See Attached Sheet*
George Donohue
Associate Administrator for Research & Acquisitions, ARA-1

*See Attached Sheet*
Monte R. Belger
Associate Administrator for Air Traffic Services, ATS-1

*See Attached Sheet*
Guy S. Gardner
Associate Administrator for Regulation & Certification, AVR-1

*See Attached Sheet*
Cathal L. Flynn
Associate Administrator for Aviation Security, ACS-1

*See Attached Sheet*
Susan Kurland
Associate Administrator for Airports, ARP-1

*See Attached Sheet*
Patricia G. Smith
Acting Assoc. Admin. for Commercial Space Trans., AST-1

*See Attached Sheet*
Edwin A. Verburg, Chairman
Associate Administrator for Administration, AAD-1

*See Attached Sheet*
(Vacant)
Director, Office of Human Resource Management, AHR-1

*See Attached Sheet*
Nicholas G. Garaufis
Chief Counsel, Office of the Chief Counsel, AGC-1

*See Attached Sheet*
Fanny Rivera
Assistant Administrator, Office of Civil Rights, ACR-1

---

***Table of Contents***
**Executive Summary**
The Core Compensation Plan
Requisites for Success
Our Opportunity

**Introduction**
Purpose
Background
Development Process

**Our Compensation Framework**
Development Process
Role of the Framework in Program Design
Compensation Framework: Objectives and Tenets

12

Objectives
Tenets
Recognizing Value
Increasing Productivity
Encouraging the Development of Intellectual Capital
Ensuring Fairness
Reflecting Our Culture and Values
Ensuring Fiscal Responsibility

**An Integrated Compensation System**
The Compensation System

Core Compensation Plan
Executive Compensation Plan
Air Traffic Specialized Pay Plan
Airway Facilities Specialized Pay Plan

**The Core Compensation Plan**

What this Plan Covers
Who this Plan Covers
Development Process
Requests for Specialized Compensation Plans
The Reconciliation Process

**Core Compensation Plan: Job Structure**
What's Changed

Components Being Retained
Components Being Added
Components Being Eliminated

Job Series
Job Categories
Career Level
Supervisory and Managerial Levels
Assignment of Current Job Series / Grades to Career Levels
Job Documentation
Competition Requirements **Core Compensation Plan: Salary Management**
What's Changed

Components Being Retained
Components Being Added
Components Being Eliminated

Competitive Analysis

Labor Markets
Survey Sources
Target Competitive Position

Pay Bands

Process for Annual Updates

Assignment of Positions to Pay Bands **Core Compensation Plan: Annual Pay Changes**
Purpose
Coverage

13

What's Changed

Components Being Retained
Components Being Added
Components Being Eliminated

Terms and Definitions

Pay Band
Base Salary
Organizational Success Increase
Superior Contribution Increase
Annual Budget

Policy Application

Step 1: Establish Annual OSI/SCI Budget
Step 2: Allocate Budget Among OSI and SCI
Step 3: Allocate Organizational Success Increase
Step 4: Allocate the Superior Contribution Increase

Special Circumstances

Employees Paid at the Pay Band Maximum
Within Grade Increase Buyout

**Core Compensation Plan: New Hire Salaries**
Purpose
Coverage
What's Changed

Components Being Retained
Components Being Added
Components Being Eliminated

Terms and Definitions

New Hire
Rehire
Pay Band
Base Salary

Policy Application
Decision Tools **Core Compensation Plan: Other Pay Changes**
What's Changed

Components Being Retained
Components Being Added
Components Being Eliminated

Terms and Definitions

Promotion
Reassignment
Demotion
Pay Band
Base Salary

Promotion Policy

Purpose
Coverage
Policy Application
Approval Process
Temporary Promotion Provisions
Re-Promotion

Reassignment Policy

Purpose
Coverage
Policy Application

Demotion Policy

Purpose
Coverage
Policy Application
Approval Process

Moves from FG to FV and from FV to FG

Description of Processes and Pay Provisions

**Core Compensation Plan: Awards and Incentives**
What's Changed

Components Being Retained
Components Being Added

Key Terms and Definitions

Monetary Award
Incentive

Monetary Awards Program

Objectives
Eligibility
Participation
Programs Available
Funding / Budget

Incentive Compensation Program

Objectives
Eligibility
Participation
Performance Measures
Target Payments / Budget
Timing
Incentive Determination

**Core Compensation Plan: Workplace Circumstances**
Locality Pay
Cost of Living Allowance (COLA)

Special Bonuses and Allowances
Overtime
Premium Pay
Dual Compensation
First 40/80 Hour Work Schedules
Travel, Temporary Duty, and Permanent Change of Station
Leave Programs
Compensatory Time Off **Core Compensation Plan: A Total Perspective**
A Foundation for Change
Core Compensation Plan Vision
The Key Components
Details of Plan Components
Comparison of the Plan to the Framework **Cost Implications**
Cost Requirements: Budget Neutrality
Projected Annual Costs
Budgeting Requirements **Implementation**
Our Changing Focus
Requisite Tools for Implementation
Pilot Programs
Administrator's Authority **Opportunities and Challenges**
Why Are We Doing This?
Highlights of the Core Compensation Plan **Glossary of Terms**

---

# 1 Executive Summary

The new FAA Compensation System is a strategic management tool. It communicates a new paradigm -- we value individual contribution, management accountability, and organizational success. Our new paradigm will help us change the way we work -- to be more productive and more efficient while continuing to achieve our mission critical objectives.

The FAA Compensation System is composed of several integrated compensation plans covering different employee groups. The plans are linked in spirit by the Compensation Framework -- the set of values and objectives the FAA embraces in all compensation plans.

*The Core Compensation Plan*
The Core Compensation Plan covers all FAA employees not covered by another approved compensation plan. The plan was developed by a task team of employees from across the agency, led by the Office of Human Resource Management. The plan introduces many changes and new flexibilities:

- The existing 15-grade pay schedule is replaced by twelve Pay Bands. Positions are assigned to Pay Bands based on the market value of the position. The Pay Bands are broader than our current grades, and do not have any steps.
- Position requirements and descriptions will be replaced by Category Level Definitions that will reflect the way we do our business -- and to describe the necessary knowledge, skills, abilities, and other characteristics an employee needs to be successful.
- Automatic pay entitlements are eliminated. The funds previously spent on General Increases, Within Grade Increases, and Quality Step Increases are now allocated to performance based increases.
- Two forms of performance based salary increases are provided annually. Employees are awarded an Organizational Success Increase based on the organization's overall success. Employees also have the opportunity to earn Superior Contribution Increases based on their annual job performance.
- In addition to base pay increases, employees may receive awards in recognition of accomplishments above and beyond job expectations, and have the opportunity to earn incentives based on the agency's annual financial and safety performance.
- Our managers have new flexibilities to set employee pay. New management tools will help guide the decision-making process and ensure policies are applied in a common spirit.
- Our policies governing workplace circumstances continue to provide equitable recognition of

unusually difficult working conditions or special work schedules.

*The Core Compensation Plan is a more flexible, performance oriented approach to compensating employees.*

*Requisites for Success*
Successful implementation is dependent on the availability of necessary support systems and tools. Critical support systems that must be in place prior to implementation include:

- A state of the art automated human resource information and payroll system with flexibility to support the design and integration of human resource management programs.
- Compensation planning and tracking tools.
- Integration with other human resource systems.
- Discussions with our unions.
- Education and training to managers and employees.
- Effective communication to stakeholders.
- Continuous evaluation of plan provisions.

*Our Opportunity*
The current Federal-wide system has served the agency. However, foregoing the chance to tailor the pay program to the FAA's specific competitive environment, organization objectives, and values and to underpin our challenge to do business even better would be a great missed opportunity.

Our proposed Compensation System combines the best practices of compensation programs in the Federal government and the public and private sectors to create a system that supports the agency's unique needs while serving as a model for other government agencies.

# 1 *Introduction*

The Congressional goal set for the Federal Aviation Administration (FAA) in granting personnel reform was simple -- give managers and employees the tools they need to carry out their important responsibilities efficiently and effectively. The bottom line: achieve an organization that works better and costs less. FAA's task has been to design systems that are results oriented and customer driven, that provide incentives, and emphasize revenue and investment management. The move to personnel reform was a challenge to make a fundamental shift in FAA's approach to doing business.

The new FAA Compensation System stands up to meet these challenges. It underscores the importance of organizational objectives and rewards employees for their contribution in meeting those objectives. It goes beyond the current Federal-wide system to address the unique demands on the agency's workforce and to reflect our values. It permits more flexible and more competitive salary setting -- the flexibility to get the best people in the right places to do the job.

The new FAA Compensation System is first and foremost an agent for change. It supports the FAA's business goals of today, but is flexible enough to meet tomorrow's challenges. It is designed to be the lynchpin of personnel reform, providing a platform upon which other human resource programs will be built and interrelated. Properly implemented, it will be one of the most powerful initiatives the FAA has ever undertaken. **Purpose**

This document proposes a new Compensation System for the FAA intended to emphasize the importance of employee performance, contributions, and the development of intellectual capital in underscoring overall FAA success. It contains:

- The Compensation Framework -- the guiding philosophy behind the development of all compensation plans of the new Compensation System, including the Core Compensation Plan which will serve as the fundamental pay plan for a large portion of the agency.
- A description of the agency's new compensation system, including a summary of all compensation plan development efforts currently underway.
- An overview of the Core Compensation Plan.

- Detailed descriptions of each major provision in the Core Compensation Plan.
- Implementation considerations.

**Background**
The Nation's aviation system -- and therefore the requirements for the FAA -- are undergoing dramatic change. Over the next ten years, we will see tremendous industry growth, new industry practices, and rapid technological change.

To help the FAA prepare for this future workplace, the Department of Transportation's 1996 Appropriations Act (Public Law 104-50) directed the Federal Aviation Administration (FAA) to develop and implement a new personnel management system that addresses the unique demands on the agency's workforce.

Specifically, our new Compensation System is designed to:

- Underscore the importance of organizational success.
- Emphasize the importance of employee performance, contributions, and intellectual capital.
- Communicate the knowledge, skills, and abilities that are necessary for success -- and in the process, enhance the way we get our work done.
- Redefine managers' role in compensation decisions -- delegating responsibility and increasing accountability.
- Provide decision making tools that help ensure we make the best decisions with respect to compensation.
- Explicitly reward increases in organizational productivity and efficiency.
- Streamline administrative processes and workflow.

**Development Process**
The first phase of Personnel Reform -- the FAA Personnel Management System -- was implemented in April 1996. The Personnel Management System (PMS) provided the FAA management team with new authorities in the areas of staffing, compensation, performance management, training, and other HR functions.

The PMS stated that the FAA would draft a new compensation system:

"No later than April 1, 1997, the Associate Administrator for Administration shall submit a draft Compensation Revision Plan to the heads of the Lines of Business and staff organizations for review. The draft shall include recommendations for further changes to FAA's method of determining the personnel compensation and pay benefits of FAA employees. After reviewing the comments of the heads of the Lines of Business and staff organizations, and making such changes as deemed appropriate, the Associate Administrator for Administration shall forward a final Compensation Revision Plan to the Administrator no later than September 30, 1997."

To develop the compensation system, the FAA:

- Established an FAA Compensation Committee composed of senior executives from Lines of Business and Staff Offices. The responsibility of the Committee is to formulate the agency's philosophy, framework, and design architecture of compensation and rewards systems. Additionally, the committee:
  - Provides recommendations to the Administrator concerning compensation initiatives.
  - Articulates the framework for the creation of agency pay systems.
  - Manages pay by controlling costs and leveraging pay to accomplish objectives.
  - Ensures competitive compensation with fair and equitable application.
- Developed a Compensation Framework that describes the FAA's compensation objectives and outlines the requirements for developing new compensation plans.
- Established working task teams to focus on the development of the Core Compensation Plan, the Executive Compensation Plan, and several specialized pay plans.
- Completed reconciliation meetings with all Line of Business task teams developing specialized pay plans (Air Traffic, Airway Facilities, Office of Research and Acquisition) to ensure integration and

support of the Compensation Framework.

The FAA Compensation Committee, working closely with the Office of Human Resource Management (AHR) and the Core Compensation Task Team, has completed development of the Compensation System and the Core Compensation Plan. As Chair of the Compensation Committee, the Associate Administrator for Administration coordinated the draft plan that was completed on April 1, 1997, with the Heads of the Lines of Business and Staff Offices. During the following months, numerous meetings and discussions were held with the Compensation Committee (representing heads of Lines of Business and Staff Offices) to review, modify, and finalize the plan. The Compensation Committee recommends that this proposed Compensation System and the Core Compensation Plan be adopted.

# 1 *Our Compensation Framework*

The FAA Compensation Framework is a strategic blueprint for the design of compensation plans. It defines the values and philosophies that should be embedded in any compensation plan developed within the FAA.

## *Development Process*

The Compensation Framework was developed by the Compensation Committee and approved by the Acting Administrator. The development of the framework involved prioritizing our strategic business goals and assessing their impact on our workforce -- both today and in the future. The Compensation Committee conducted numerous working sessions to identify and discuss these important issues. The culmination of these deliberations and discussions is a written Compensation Framework. The framework specifically defines the strategic objectives to be achieved in any new compensation plan and the tenets within which it must be developed.

## *Role of the Framework in Program Design*

The framework sets the boundaries within which any new compensation plan is developed. This helps to ensure that different compensation plans (that may be created to address unique needs of certain populations) are developed in a spirit and context that is consistent across the Agency. Although the specific program mechanics and tools may vary from one compensation plan to the next, the overall strategic principles remain constant.

Prior to the approval of any compensation plan, it must be evaluated against the objectives and tenets of the Compensation Framework. The proposed plan must demonstrate its consistency with and support of the framework.

**Compensation Framework: Objectives and Tenets**

Our vision is to provide the safest, most efficient, and responsive aviation and aerospace system in the world and to be the best Federal employer, continuously improving service to customers and employees. As the leading authority in the international aerospace community, FAA is responsive to the dynamic nature of customer and employee needs, economic conditions, and environmental concerns.

To accomplish these important strategic objectives, our compensation framework must: recognize the value that each of us brings to the organization, stress the importance of productivity, and encourage the development of our intellectual capital, while ensuring fairness throughout the organization, reflecting our culture and values, and maintaining our fiscal responsibilities.

***Objectives***

| | |
|---|---|
| Recognizing Value | The value we place on our work must reflect competitive pay levels for our jobs, the skills and abilities we bring to our work, and our own contributions to the success of the organization. Our compensation program balances these needs with our desire to |

The design of the Core Compensation Plan has been completed. Upon approval of the plan, a detailed implementation and transition strategy and plan will be prepared.

The remaining sections of this document describe the proposed Core Compensation Plan in detail.

***Executive Compensation Plan***

The proposed Executive Compensation Plan covers all FAA Officers, Executives and Senior Professionals. The plan design has been completed and is being submitted to the Administrator for review and approval in a separate document.

Definitions of the employee categories covered by this program are as follows.

- Officers: Individuals in executive system positions with a direct reporting relationship to the Administrator are referred to as Officers. Officers include both senior Line of Business ("LOB") leaders (i.e., Associate Administrators) with broad scope and responsibility for significant portions of the FAA, as well as the senior leaders of significant corporate staff functions (i.e., Assistant Administrators). Officer positions are designated as pay code "FB". While political appointees may be Officers, their compensation will not be covered by the Executive Compensation Plan.
- Executives: Individuals in all other executive system positions are referred to as Executives. This group comprises senior leadership positions and individuals typically heading major FAA programs and/or organizations, developing and determining policy, and directly influencing the success of the agency. Executive positions are designated as pay code "FX".
- Senior Professionals: Individuals in this group are generally individual contributors typically engaged in significant research and development projects that advance the state of the art or are in an emerging technology. These positions were previously designated as scientific and professional positions ("ST"). Senior Professional positions are designated as pay code "FT".

- **Air Traffic Specialized Pay Plan**

The Air Traffic Specialized Pay Plan is currently under development. Separate classification standards are also under development as part of this effort and will apply to employees in the 2152 series who are covered by the NATCA and NAATS bargaining units.

***Airway Facilities Specialized Pay Plan***

The Airway Facilities Specialized Pay Plan is also currently under development. It is anticipated that the plan will cover Airway Facilities employees in non-supervisory positions who are directly responsible for the maintenance and/or operation of National Airspace System facilities, systems, services, and equipment.

Series anticipated to be covered will include: Airway Transportation System Specialist (2101); Electronics Technician (856); Engineering Technician (802); and Computer Operator (332).

Excluded from coverage are Electronics Technicians (856) in the Facilities and Equipment organizations, all Wage Grade employees, and all administrative and supervisory employees.

# 1
# *The Core Compensation Plan*

The Core Compensation Plan is a strategic management tool. It is:

- Results Oriented. All pay changes in the future are linked to individual growth and development, individual performance and contributions, or organizational success.
- Market Based. The Core Compensation Plan is closely linked to the external market to ensure an appropriate cost structure as well as to provide competitive wages to all employees.
- Tool Focused. As compensation decisions are delegated to managers, tools have been developed to help managers make decisions that are congruent with the organization's goals and values.
- Business Focused. Each component is designed to help achieve the overall objectives of the FAA and of each LOB/Staff Office. The components themselves must support organizational goals, be simple to manage and administer, and reflect the unique environment and norms of the organization.

The Plan has been developed to support the FAA Compensation Framework, to solve existing problems with the current compensation plan, and most importantly, to help the agency meet the challenges of the future. The plan establishes a common set of values and philosophies to be embraced across FAA while building in flexibilities to allow a Line of Business or Staff Office the opportunities to tailor the program to meet its specific requirements.

*What this Plan Covers*

The Core Compensation Plan outlines the policies, procedures, and guidelines that managers will use to determine employee compensation. Compensation, for purposes of this Core Compensation Plan, includes all the elements of pay that would typically be reflected in an employee's W2 statement: base salary, overtime earnings, premium pay differentials, locality pay, awards and bonuses. The Core Compensation Plan does not address travel reimbursement, relocation, or benefits.

*Who this Plan Covers*

The Core Compensation Plan covers all FAA employees not specifically covered by a "specialized pay plan." Specialized pay plans may be developed for unique job classifications or all or part of a Line of Business or Staff Office.

It is anticipated that employees in all Lines of Business and Staff Offices will be covered by the Core Compensation Plan with the exception of:

- Political appointees.
- Employees covered by the Executive Compensation Plan.
- Employees covered by the Air Traffic Specialized Pay Plan.
- Employees covered by the Airway Facilities Specialized Pay Plan.
- Employees covered by any other specialized pay plans approved in the future.

The core compensation plan will be tailored to and piloted in the Research and Acquisition Line of Business beginning in 1998. The results of the pilot will be evaluated to determine how well it worked, and the core compensation plan may then be expanded, with needed adjustments, to other Lines of Business.

Even in a specialized pay plan, it is strongly recommended that components of the Core Compensation Plan be adopted (e.g., the basis for determining annual pay changes, the type and format of job documentation). A single compensation approach helps to communicate a shared organizational vision, builds a sense of internal equity, simplifies communication and training, lowers implementation costs, and minimizes the impact of transfers across Lines of Business or Staff Offices.

Lines of Business and Staff Offices may pilot all or some of the provisions of the Core Compensation Plan. These pilots may incorporate adaptations of the Core Plan necessary to support the unique business issues and needs of the unit.

*Development Process*

The Core Compensation Plan was developed in response to and in support of the Personnel Reform Initiatives identified by teams of employees in early 1996. The plan operationalizes many of the philosophical ideas proposed by these employee teams.

A task team representing organizations from across the agency, and led by the Office of Human Resource Management, was assembled to help develop the Core Compensation Plan. The mission of the task team was to develop an overall compensation plan that supports the Compensation Framework developed by the Compensation Committee.

22 employees participated on the Core Compensation Task Team. Organizations represented include:

- Associate Administrator for Administration (AAD): Human Resource Management, Aeronautical Center
- Assistant Administrator for Civil Rights (ACR)
- Associate Administrator for Civil Aviation Security (ACS)

- Associate Administrator for Research and Acquisition (ARA)
- Associate Administrator for Commercial Space and Transportation (AST)
- Associate Administrator Air Traffic Services (ATS): Air Traffic, Airway Facilities
- Associate Administrator for Regulation and Certification (AVR): Aviation Medicine, Aircraft Certification, Flight Standards

During the first several meetings, the team:

- Reviewed the Compensation Framework and discussed its application to the design of the compensation plan.
- Discussed the initiatives identified in the Personnel Management System and determined the specific areas to be addressed in the Core Compensation Plan.
- Shared background and history regarding prior personnel reform activities.
- Benchmarked compensation practices of other non-Title 5 Federal agencies. (Four organizations were invited to present their new compensation programs, design processes, and initial evaluations.) Identified labor markets (types of firms) to be considered when determining competitive pay levels.
- Identified critical issues with the current compensation system and explored the consequences of these problems on the workforce.

Upon completion of this initial work, the team focused on developing the new compensation plan. For each major component of the compensation plan, the team:

- Identified available alternatives.
- Gained an understanding of each alternative through background readings, best practices benchmarking, and interactive educational discussions.
- Agreed on the appropriate evaluation criteria for assessing each alternative. The criteria included:
- Support of the objectives and tenets from the Compensation Framework.
- Ability to solve specific problems in the existing compensation plan.
- Fit with the environment and values of the organization.
- Evaluated each alternative according to the identified evaluation criteria.
- Ranked the alternatives from "most optimal" to "least optimal."
- Selected the alternative that best met the identified evaluation criteria.

Upon completion of this initial phase of work, the task team presented their recommendations to the Compensation Committee for review, input, and consensus. Recommendations have been refined based on these discussions.

*Requests for Specialized Compensation Plans*

A Line of Business or Staff Office may request a specialized compensation plan -- or adaptations of the Core Compensation Plan provisions -- to address unique business needs or requirements. Requests are made to the Compensation Committee and may cover the entire Line of Business or Staff Office or may cover a unique job classification.

*The Reconciliation Process*

Upon completion of the initial design of a specialized pay plan, the next step is to reconcile the proposed plan with the Core Compensation Plan. The reconciliation process involves both AHR (on behalf of the Compensation Committee) and the sponsoring organization. The overall objective is to ensure integrated plans across all of FAA. Specific activities to be completed during reconciliation include:

- Assessing the proposed plan against the Compensation Framework:
- Ensure it supports the framework's objectives and tenets. 22
- Ensure it meets any stated requirements (including budget neutrality).
- Discussing implementation considerations.
- Assessing the impact on cross-cutting jobs.
- Identifying the implications for other HR functions (e.g., recruitment, staffing, training).
- Determining the requirements for the automated personnel and payroll systems.

- Reviewing the costing methodology and expected results.
- Discussing the implementation schedule and pilot recommendations.
- Defining the necessary supervisor, manager, and employee training.

After completion of the reconciliation process, the Compensation Committee may recommend the adoption of the specialized pay plan to the Administrator.

# 5A
# Core Compensation Plan: Job Structure

The current Job Structure includes job series definitions, position descriptions, classifications standards and guides, and career progression policies. Jobs are established by the nature and type of work being performed. In order to ensure competitive pay levels for each position, we must first clearly document the job responsibilities being completed and the knowledge, skills, and abilities necessary to perform the work.

## *What's Changed*

The new job structure retains some components of the current Federal compensation system that continue to provide value to the FAA. Some new components are being added to address our unique needs and objectives, and other components are being eliminated.

### *Components Being Retained*

The new Core Compensation Plan will continue to use:

- A job numbering nomenclature based on our existing Job Series. In a few instances job series that are highly similar or that are not frequently used will be deleted or consolidated.
- Qualifications Standards. The Qualification Standards Handbook published by the Office of Personnel Management will continue to be used.

### *Components Being Added*

- Job Categories. Job series are grouped together into categories that reflect similarities in the nature and type of work to be completed and in external competitive pay levels. Categories play a role in helping to determine appropriate pay levels for similar types of jobs. Nine job categories have been defined. Career Levels. Career levels have been defined for each job category. The career levels define the number of progressions from an entry level position to a senior level position.
- Supervisory and Managerial Levels. Hierarchical level definitions will be prepared to help us better recognize differences in responsibility and impact among our managers and supervisors. The plan will have three levels or "bands of responsibility." Each supervisory and managerial position will be assigned to a level that best matches its complexity, span of control, responsibility, and impact on the organization.
- Category Level Definitions: For each job category, a common set of definitions for each career level will be prepared. The definitions will describe the requirements and expectations at each career level.

### *Components Being Eliminated*

- Classification Standards and Guides. Classification Standards and Guides will be replaced with Series Definitions and Category Level Descriptions.
- Position Descriptions. Position descriptions will be replaced with Category Level Definitions. Managers may prepare individual specific task listings for employees (as a supplement the Category Level Descriptions) to help clarify expectations and set objectives for the performance management system.
- Target Level. Positions will no longer have a designated "target level." An employee may progress through the career levels (i.e., from lowest to highest pay level) based on the business need to have higher level duties performed and the employee's competencies, skill, knowledge, and abilities.

### *Job Series*

Step 2: Assess Whether "Threshold Performance" Has Been Achieved

- Financial Goal Threshold: 80% of Goal
- Safety Goal Threshold: 100% of Goal

If performance is less than threshold for any goal, no incentives are paid.

Step 3: Calculate Incentive Payment for Each Employee

Actual Incentive Payment =

| Target % x Base Earnings for the Period | x | Financial Outcome Score | x | Safety Outcome Score |
|---|---|---|---|---|

# 5G Core Compensation Plan: Workplace Circumstances

To provide a competitive and fair compensation package, a compensation plan must consider and, where appropriate, recognize the unique characteristics of an employee's work environment. Organizations typically adopt specific policies to address issues such as: differences in local market pay rates (e.g., locality pay), substantial cost of living differences (e.g., COLA for Alaska), overtime, shift differentials, and other forms of premium pay.

*Locality Pay*

Federal pay rules currently provide locality pay for approximately thirty metropolitan areas and for one area covering the "Rest of the United States." Locality pay, as it currently exists, will be maintained in the Core Compensation Plan.

In addition, employees will continue to receive the locality pay adjustments recommended by OPM and approved by the President. The effective date of the locality pay adjustment may be set at the discretion of the Administrator. The FAA may design and implement an FAA specific locality pay program in the future.

The Office of Human Resource Management will regularly assess locality pay differences during completion of the competitive analysis.

*Cost of Living Allowance (COLA)*

COLAs are base pay differentials paid to employees working in locations outside the contiguous United States that have substantially different local economies. The Core Compensation Plan will maintain current COLA program.

*Special Bonuses and Allowances*

Recruitment Bonuses, Relocation Bonuses, Retention Bonuses, and Physicians Comparability Allowance will continue to be available for use at the FAA. The policies for employing these programs remain unchanged. Additional provisions may be adopted in the future to address business needs as they arise.

24

*Overtime*

Overtime practices and requirements are different for exempt versus non-exempt employees. All computations for FLSA overtime and true overtime are unchanged. Employees not eligible for FLSA or

true overtime will continue to receive overtime at a rate not to exceed the overtime rate for an FG-10 step 1.

### *Premium Pay*

The FAA currently maintains over 25 different premium pay policies. These programs require significant administrative support to manage and represent over $250 million a year in expenses. The need for maintaining each of these programs is being evaluated. Additionally, alternatives that would streamline the administrative requirements to manage the existing programs are also being considered.

The majority of the premium pay policies and expenses are covered by Collective Bargaining Agreements. As these agreements are updated, premium pay cost reductions, increased simplicity, and/or administrative streamlining will be a key objective.

### *Dual Compensation*

*The dual compensation offset provisions applicable to retired military officers were repealed by legislation effective October 1, 1999. The effect of this legislation is that retired military officers employed as civilians by the FAA and other Federal agencies are no longer subject to a reduction in their military annuity. Therefore, the following provision will be deleted from the Core Compensation Plan:*

Military retired FAA employees equivalent to FG-10 and below will receive dual compensation. Employees equivalent to FG-11 and above will be provided the opportunity to elect to receive their full FAA salary (and a reduced military retirement) or to receive their full military retired pay and a reduced FAA salary (described below).

- Military retired FAA Executive System employees may elect to receive full military retired pay and an FAA salary reduced by 20% to 30% (the final amount to be determined by economic analysis).
- Military retired FAA employees at the equivalent of FG-11 through FG-15 may elect to receive full military retired pay and an FAA salary reduced by 11%.

Employees would be given a one-time opportunity to elect which method of receiving compensation they would prefer. Subsequent changes in level and/or rate of pay would be calculated using the same method.

### *First 40/80 Hour Work Schedules*

The Core Compensation Plan will continue to use the existing 40/80 hour work schedule policy.

### *Travel, Temporary Duty, and Permanent Change of Station*

Extensive revisions to the policies governing temporary travel and permanent change of station moves have been developed and approved by the FAA. These new streamlined and cost-effective policies will be implemented after conclusion of negotiations with our labor unions.

### *Leave Programs*

The Core Compensation Plan will continue to use the existing policies with respect to annual leave, sick leave, and compensatory time off. In addition, the protections and benefits provided by the Family Friendly Leave Act and the Family and Medical Leave Act will also continue to be available to FAA employees. Additional leave provisions may be adopted in the future to provide additional flexibilities or benefits to employees, such as enhancements to the leave transfer program.



### *Compensatory Time Off*

Initially, the Core Compensation Plan will continue to use the existing policies regarding granting and use of compensatory time off in lieu of overtime. Changes to these policies may be adopted in the future to address business needs as they arise.

*Implementing the new FAA Compensation System will also lead to increased:*

- *Ability to attract and retain top performers.*
- *Productivity through improved goal setting and communications.*
- *Flexibility to meet Line of Business/Staff Office goals while retaining a sense of internal equity.*
- *Ability to manage compensation expense.*

*The current Federal-wide system has served the agency. However, foregoing the chance to tailor the pay program to the FAA's specific competitive environment, organization objectives, and values and to underpin our challenge to do business even better would be a great missed opportunity. Our proposed Compensation System combines the best practices of compensation programs in the Federal government and the public and private sectors to create a system that will support the agency in carrying out its most critical mission.*

*1 Fisher, Howard, "Eyes on the Prize", Government Executive, September 1997*

## *Highlights of the Core Compensation Plan*

*The Core Compensation Plan:*

- *Introduces flexible systems to replace unnecessary structure.*
- *Eliminates Outdated Classification Standards and Guides*
- *Replaces Steps and grades with open Pay Bands.*
- *Eliminates entitlement.*
- *Replaces Automatic pay raises with performance based increases.*
- *Links Promotions to increases in value-added competencies and skills.*
- *Provides managers with new flexibilities to reward and recognize their employees.*
- *Provides Managers with new authorities to set and manage pay levels of their employees.*
- *Delegates promotional decisions to managers.*
- *Provides employees with greater pay opportunities.*
- *Links pay levels to competitive pay norms in both the public and private sectors.*
- *Provides executives with the tools to direct behaviors and reward competencies and outcomes.*
- *Provides the opportunity to communicate critical agency goals through incentive compensation.*
- *Links annual pay raises to overall organizational success.*
- *Enables the agency to attract better employees and retain its best employees.*
- *Ensures our ability to hire key technical talent through competitive pay guidelines.*
- *Provides superior increases to superior performers.*

# *Glossary of Terms*

***annual base pay change*** *The process by which the base pay of each employee is evaluated and adjusted, as appropriate, on an annual basis.*

***award*** *Formal recognition provided to an employee or group of employees for a one-time contribution to the organization or performance of behavior valued by the organization.*

***band*** *See pay band.*

***base pay*** *The annual salary of an employee, which may be used as a basis for computing premium pay, retirement annuity, etc. Base pay does not include bonuses or incentives, which are referred to as variable pay. Used interchangeably with the term salary.*

***benefits*** *Compensation consisting of rewards to employees other than base pay and awards, e.g., health and life insurance, retirement annuities, pay for time not worked. The core compensation plan proposes no changes to the benefits of FAA employees.*



***bonus*** *An award provided in the form of a direct additional lump-sum payment made on top of base*

*pay.*

***classification*** *Evaluation of positions/jobs to determine job category/job series and grade/pay band based on a comparison of the whole job to one or more predetermined factors. Classification is one approach to job evaluation.*

***compensation*** *The provision of monetary and non-monetary rewards in return for employment.*

***contribution*** *The extent to which an employee's or team's competencies, performance, and results facilitate an organization in meeting its goals and objectives.*

***dual career track*** *An approach to job evaluation that values top level individual contributors as highly or higher than supervisors or managers in the same job category.*

***exempt job*** *A job not subject to the Fair Labor Standards Act with respect to minimum wage and overtime. Exempt employees include most of those in professional and administrative jobs.*

***external equity*** *A fairness criterion that compares an employee's base pay to corresponding rates prevailing in labor markets outside the organization for similar types and levels of work. See internal equity.*

***Fair Labor Standards Act*** *A Federal law administered by the Department of Labor governing minimum wage, overtime pay, and record keeping requirements.*

***general increase*** *The increase in base pay provided to all General Schedule employees on an annual basis (usually in January) concurrent with the adjustment of the General Schedule pay table. See also locality pay adjustment.*

***grade*** *One of 15 levels within the FG system. Each grade within the FG system has 10 steps.*

***incentive*** *An award that is based on achievement of preset goals or objectives (as opposed to an award that is granted after-the-fact on a discretionary basis).*

***individual contributor*** *An employee whose value to the organization is based on his/her contribution working alone or as a team member (as opposed to managing the work of others). Individual contributors are generally valued for their subject matter expertise and/or technical skills. Individual contributor is one track on a dual career ladder.*

***internal equity*** *A fairness criterion that compares the relative value of different types and levels of work within an organization. See external equity.*

***job*** *A general description of the type of activities being performed by a group of individuals completing similar work (e.g., Computer Specialist)*

***job category*** *A group of jobs whose incumbents perform similar types of work, but differ in terms of expected knowledge, skills, and abilities (e.g., Computer Specialist 1-5)*

***job evaluation*** *A formal process by which management assigns jobs to grades, pay bands, or pay ranges according to some pre-established method.*

***job level*** *Numerical value assigned to a particular job within a job category based on the level of knowledge, skills, abilities, and other characteristics required for performance of a particular job, or other factors associated with the job (e.g., complexity). Pay bands for higher level jobs within a job category are associated with higher levels of base pay.*

***job series*** *A designation applied to a group of jobs involving similar types of work, as defined by the U.S. Office of Personnel Management and assigned a four-digit job series code (e.g., Computer Specialist, series 334)*



***job structure*** *The way that jobs within an organization are defined, organized, and categorized for purposes of compensation.*

***job title*** *A label for a job that reflects the general responsibilities and level in an occupational series. For example, the job title Computer Specialist 1 reflects a level 1 job within the Computer specialist job family. A generic job description is generally prepared for each job title.*

***labor market*** *Those organizations performing related types of work, in related industries and/or locations that compete for employees with similar knowledge, skills, abilities, and other characteristics. For example, the labor market for FAA includes those contractors who hire similar types of employees to perform similar types of work.*

***locality pay*** *An addition to base pay paid out under the General Schedule system that reflects differences in the cost of labor in different parts of the continental U.S. For employees in FAA headquarters and at the Technical Center, locality pay comprises about 7 percent of base pay.*

***locality pay adjustment*** *The adjustment to locality pay provided to General Schedule employees on an annual basis (usually in January) concurrent with the adjustment of the General Schedule pay table. See also general increase.*

***manager*** *An employee whose major duties involve providing technical and administrative direction for other employees and whose responsibilities include directing the work of an organizational unit and accountability for the success of specific functions.*

***market*** *See labor market.*

***market-based*** *In the case of pay structure, a market-based system is one in which the midpoints for each pay range are set initially and adjusted periodically based on market survey information. In the case of a compensation system in general, market-based refers to patterning policies and practices after successful organizations in the relevant labor market.*

***market competitiveness*** *Maintaining pay rates within an organization so that they compare favorably with those paid by competitors in the relevant labor market.*

***market survey*** *Periodic assessments of compensation practices and average pay paid out for particular types and levels of jobs by organizations in particular job markets. Market surveys are generally conducted annually by third party firms (e.g., consultants) with the participation of the surveyed organizations who also purchase the data.*

***maximum (of a pay range)*** *The highest rate of base pay paid for jobs within a grade or pay band.*

***midpoint (of a pay range)*** *The arithmetic mean of a pay range. In a market-based compensation system, the midpoint is computed based on market survey data.*

***minimum (of a pay range)*** *The lowest rate of base pay an organization pays for jobs within a grade or pay band.*

***non-exempt job*** *A job subject to the Fair Labor Standards Act with respect to minimum wage and overtime. Non-exempt employees include most of those in paraprofessional and clerical jobs. See exempt job.*

***nonmonetary award*** *An award provided in any form other than a monetary payment, e.g., certificate, plaque, t-shirt, time off award.*

***organizational success increase*** *Annual base pay increase under the proposed FAA compensation system granted to all employees above a minimum performance threshold, as a percent of base pay.*

***outcomes*** *See results.*

***paired comparisons*** *A method for ranking employees based on a comparison of each employee within a particular group with every other employee.*



***pay band*** *A pay range associated with a particular job category and job level*

***pay level*** *A hierarchical level within a pay structure. Grades and pay bands are both ways of denoting pay levels. A pay range is usually associated with each pay level within a compensation system.*

***pay potential*** *The highest level of base pay payable to an employee in a particular job category.*

***pay range*** *The range of base pay associated with a pay level. Pay ranges are usually defined by a minimum rate of pay, a midpoint, and a maximum rate of pay. The pay range for each job category and level defines the monetary value an organization associates with a particular type and level of work.*

***pay structure*** *The grades/bands established as part of a compensation system, the pay ranges associated with them, and the mechanisms for adjusting the pay ranges periodically based on competitive market information and/or other considerations.*

***pay structure adjustment*** *A recurring process, usually annual, by which the pay ranges within a pay structure are adjusted to reflect changes in the most recent market survey data.*

***performance*** *Employee behavior which is evaluated as to its appropriateness or desirability in an organizational setting.*

***performance appraisal*** *A periodic, formal assessment of the performance of a employee and/or team.*

***performance management*** *The system whereby expectations for performance, results, and/or outcomes associated with a particular employee or team are documented, communicated, and evaluated.*

***position description*** *Description of the duties, responsibilities, knowledge required, and other characteristics of a position.*

***position in pay range*** *Where the base pay of an employee falls within his/her existing pay range (e.g., lower third, middle third, upper third).*

***prioritization*** *The process of comparing overall performance and contribution of employees in order to assign them differing priorities for pay increases or other personnel actions.*

***promotion*** *Movement from a position in one pay band to a position in a higher pay band.*

***quality step increase (QSI)*** *A provision of the FG system whereby an employee may be rewarded for exceptional performance with an increase in base pay equivalent to one step in his/her FG grade. QSIs have traditional been used very sparingly, on a case-by-case basis.*

***range spread*** *The percentage difference between the maximum of a pay range and the minimum.*

***results*** *Measurable consequences of employee performance that may be used as part of the performance management process.*

***reward*** *Money, or anything else of value to the recipient, given, usually in exchange for a service. Often used interchangeably with compensation.*

***salary*** *See base pay.*

***Salary Schedule (previously named General Schedule)*** *The job evaluation and compensation systems, administered by the U.S. Office of Personnel Management, that covered all FAA employees except executives, senior level employees, and wage grade employees, prior to the implementation of Personnel Reform. Most Federal executive branch employees are covered by the GS system.*

***superior contribution increase*** *An increase in base pay in addition to the organizational success increase paid out as part of the annual base pay change process to superior contributors.*



***superior contributor*** *An employee whose performance and contribution are among the best in FAA.*

***supervisor*** *An employee whose job's major duties involve providing technical and administrative*

*direction for other employees.*

**variable pay** *All monetary rewards (e.g., bonuses, incentives) which are provided to employees above and beyond base pay.*

*Updated: 12:35 pm ET October 5, 2006*

FAA employee site

**Federal Aviation Administration**

## FAA Order 3550.10 Pay Administration
## Chapter 2: Premium Pay

### Section 1: General Provisions

**10. Coverage**. This chapter contains legal and regulatory requirements and age rules and procedures on premium pay for overtime, holiday, Sunday, and night work, and annual premium pay for standby duty.

**11. Definitions.**

a. Administrative workweek means a period of 7 consecutive calendar days. In FAA, the administrative workweek begins at 0000 hours Sunday and ends at 2400 hours 12 midnight the following Saturday.
b. Basic workweek means the 40-hour workweek established for full-time employees, or the "first 40 hours of work performed by full-time employees whose work cannot be scheduled in advance over the period of an administrative workweek.

c. Day means the calendar day-(midnight to midnight).

d. First 40-hour employees are full-time employees whose hours of duty for each workday cannot be scheduled in advance of the administrative workweek. (First 40-hour employees were formerly referred to as "irregular workweek employees.")

e. Overtime work means all hours of officially ordered or approved work performed **either** in excess of 8 hours in a day, OR in excess of 40 hours within the administrative workweek.

**12. Aggregate Salary Limitation**. The law limits the amount of premium pay that may be paid to employees in GS positions under the GS pay system. The aggregate salary limit is the amount of pay authorized by law for the -top step rate of grade GS-15.

a. No overtime, night, pay, or holiday, or annual premium pay on a percentage basis tour standby duty may be paid to an employee whose rate of basic compensation equals or exceeds the maximum salary rate for grade GS-15.
b. When an Employee's rate of basic compensation is less than the maximum rate of GS-15, he/she shall receive premium pay for overtime, night, Sunday, or holiday work only to the extent that the sun total of the employee's base pay plus premium pay for any 1 pay period does not exceed the maximum rate of GS-15, computed on a pay-period basis. That is, the gross amount of pay (basic pay plus premium pay) for any pay period shall not exceed the amount of basic pay that an employee in step 10 of GS-15 receives for 1 pay period.

c. The aggregate salary limitation described in 12a and b applies to compensatory time off which may be granted in place of overtime pay for irregular or occasional overtime work. The maximum number of hours of compensatory time that may be credited to the employee in a single pay period is limited to the total number of overtime hours that could be paid in cash in that pay period. The employee shall not be credited with compensatory time or given time off for overtime work if he/she cannot be paid for such work (37 Comp. Gen. 362; 26 Comp. Gen. 750).

**13. Exclusions from Aggregate Salary Limitation (5 USC 5547)**.

a. The aggregate salary limitation does NOT apply to the pay of Wage employees (5 USC 5541(2)(xi) and 34 Comp. Gen. 512).
b. The aggregate salary limitation does NOT apply to the hazard pay differential (5 USC 5547). 31

c. Employees determined eligible for the operational responsibility differential shall be paid all premium pay earned in excess of the premium pay limitation for any pay period during which the operational responsibility differential is payable (5 USC 5547).

d. The aggregate salary limitation does not apply to premium pay earned under FLSA (see appendix 10, section 5).

**14. Authority to Authorize Overtime and Holiday Work**. Associate administrators, office and service heads, regional and center directors, Director, Metropolitan Washington Airports, and officials reporting directly to the Administrator have authority to authorize or approve overtime and holiday work in accordance with governing laws, regulations, and agency rules and procedures. This authority may be redelegated to a level that will assure compliance with legal and regulatory requirements, subject to the following limitations:

a. All redelegations shall be in writing.
b. An officer or employee of the Government who has been delegated authority to authorize overtime work shall not authorize overtime for herself/himself as it is against public policy--Comptroller General Decision

A-23897, December 2, 1948. Any overtime work performed by such persons must be officially ordered or approved by an individual who is at a higher organizational level and who has authority to authorize the overtime work.

**15.-19. Reserved. Section 2. Overtime Pay and Compensatory Time**

**20. Definitions**.

a. **Overtime work** means officially ordered or approved hours of work in excess of 40 hours in an administrative workweek, OR (with certain exceptions) in excess of 8 hours in a calendar day, "whichever is greater." Paragraph 11 defines "administrative workweek" and day.
b. **Whichever is greater** means. Deleted by PRIB 6.

c. **Regular overtime work** means overtime work that is part of an employee's regularly scheduled administrative workweek. (See appendix 10, section 2.)

d. **Scheduled in advance** means prior to the beginning of the administrative work.

e. **Irregular or occasional overtime** means any overtime work that is not a part of the regularly scheduled tour of duty. (See appendix 10, section 2.)

f. **Regularly Scheduled Administrative Workweek**. For a full-time employee it is the period within an administrative workweek within which the Employee is regularly scheduled to work. For a part-time employee it means the officially prescribed days and hours within an administrative workweek during which the Employee is regularly scheduled to work.

g. **Regularly Scheduled**. Work must be scheduled in advance of the administrative workweek in order to be considered regularly scheduled. If it is determined that work should have been scheduled in advance; e.g., the supervisor knew in advance of the administrative workweek that the work would be required, but he/she did not schedule the work, it is considered regularly scheduled.

**21. Guidance on Irregular or Occasional Overtime**.

a. **Basic Policy**. Full-time employees normally should not be required to work in excess of the regularly scheduled tour of duty. Good management and overtime costs make it essential that overtime be held to a minimum. Irregular or occasional overtime will be ordered or approved only when necessary to avoid serious backlogging of regular work or to meet some special workload peak, unforeseen development, or circumstance.
b. **Use of Overtime**. When overtime work is necessary:

(1) Employees may be required (paragraph 34) to perform overtime, unless in the judgment of the supervisor.
(a) The health or efficiency of the employee may be impaired.
(b) Personal circumstances make it impossible for the employee to perform the overtime duty.

(2) Overtime and leave for the same employee on the same day should be avoided. 32

(3) Overtime duty should be equitably distributed among Employees of an organizational unit consistent with management needs.

**22. Authorization of Overtime Work**. Generally, overtime should be authorized in writing by a responsible official

(paragraph 14) before it is performed. In cases of operational emergencies or where other compelling reasons preclude prior written authorization, overtime may be orally authorized provided it is subsequently confirmed in writing. Such authorization should be documented on the next working day, but no later than prior to submission of the time and attendance card authorizing payment. (For forms and procedures used in authorizing overtime, see "Time and Attendance--Uniform Payroll System," Order 2730.8.)

**23. Entitlement - General Schedule Employees.**

a. **General Rule**. Deleted by PRIB 6.

b. **First 40-Hour Employees**. Payment of overtime for work in excess of 8 hours in a day does NOT apply to certain General Schedule (GS) employees for whom the first 40 hours of duty performed within an administrative workweek is the basic work. It does not apply to:

(1) Any first 40-hour employee engaged in professional or technical engineering or scientific activities. This exclusion, covers an employee at any grade level who is assigned to a professional or support technical position in the physical, mathematical, natural, medical or social sciences, or in engineering or architecture.

(2) A first 40-hour employee whose basic pay rate is above the pay rate authorized on the regular GS Salary Schedule for GS-10, step 1.

**Note:** Employees listed in paragraphs 23b(l) and (2) shall receive overtime pay or compensatory time off ONLY when the total hours in a pay status within the administrative workweek exceed 40.

c. **Tours Scheduled in Excess of 8 Hours in a Day**. When a GS employee's basic 40-hour workweek has scheduled shifts of more than 8 hours in a day, AND his/her hourly rate of basic pay is more than his/her hourly overtime rate, the employee shall receive his/her basic rate of pay for each hour of duty **within** his/her basic 40-hour workweek. The employee is paid at his/her overtime rate for work performed outside his/her basic 40-hour workweek. This rule permits an employee who has scheduled shifts of more than 8 hours in a day (e.g., four 10-hour days; two scheduled shifts on the sane calendar day) to receive the full amount of basic pay for his/her regularly scheduled 40-hour workweek.

d. **Experts and Consultants**. Experts and consultants appointed in accordance with 5 USC 3109 are not entitled to overtime. They are entitled to the per diem rate specified in their appointment for each day of service, regardless of the total number of hours worked in a day (46 Comp. Gen. 667; 28 Comp. Gen. 328; and 27 Comp. Gen. 776).

**24. Entitlement--Wage Grade Employees**. WG employees shall receive overtime pay for all hours of officially ordered or approved work performed **either** in excess of 8 hours in calendar day, OR in excess of 40 hours in any administrative workweek **whichever** is the greater number of overtime hours within that workweek (42 Comp. Gen. 195 as modified by 42 Comp. Gen. 329). Part-time and intermittent employees shall receive overtime pay for time worked in excess of 8 hours in a day or in excess of 40 hours in a week regardless of whether there is a scheduled 40-hour workweek or 8-hour day (48 Comp. Gen. 439).

**25. Overtime Rates.** (This section revised as a result of Policy Bulletin #23 effective November 24, 2003.)

a. **General Schedule Employees**. Except as provided in paragraph 25b, the following rates are paid for overtime work:

(1) One and one-half times the basic hourly rate where an employee's rate of basic pay does not exceed the minimum scheduled rate of GS-10. -

(2) For employees with rates of basic pay greater than the basic pay equivalent to GS-10, step 1 the overtime hourly rate is the **greater** of-

(a) the hourly rate of basic pay equivalent to GS-10, step 1, multiplied by 1.5, or

(b) the employee's hourly rate of basic pay

These hourly overtime pay limitations do not apply to prevailing rate employees, to employees covered by FLSA overtime rules, or to employees eligible for "true time and one half overtime".

**Note:** The "hourly rate of basic pay equivalent to GS-10, step 1" is the rate authorized on the regular GS salary schedule, including any applicable locality pay. 33

b. True Time and One-Half Overtime and Standby Pay. Pursuant to Public Law 90-556 and the Secretary's determination, certain FAA employees in nonmanagerial positions in grades GS-14, and below, whose positions are directly engaged in the operation and maintenance of the air traffic control and air navigation systems are paid as follows:

(1) One and one-half times an employee's hourly rate of basic pay for all overtime worked during a pay period in which he has worked 4 hours or more of overtime. When less than 4 hours of overtime is worked during a pay period an employee shall receive normal overtime at the rate prescribed in paragraph 25a (2).

(2) A rate not to exceed 25 percent of an employee's basic pay (rather than 25 percent of the base GS-10 rate) is payable to an employee in a covered position when annual premium pay is authorized for standby duty under agency Order 3550.8, Standby and Telephone Availability Policy.

**Note:** Appendix 4 contains the policy and instructions on payment of true time and one-half overtime rates and standby pay. It also identifies "covered positions."

c. **Wage Board Employees**. The overtime rate is one and one-half times an employee's basic hourly rate. Overtime is computed and paid on the day rate when an employee is assigned to a day shift, even though the overtime extends into or falls entirely within night shift hours. However, overtime is computed and paid on the night rate when an employee is assigned to a night shift, even though the overtime work extends into or falls entirely within a day shift (24 Comp. Gen. 39 and 155; 31 Comp. Gen. 48 and 391).

**Note:** The rules on computing overtime pay for overtime worked during day and night shift hours by employees who have been converted to the new Coordinated Federal Wage System are in agency Order 3550.6, Pay Administration During Conversion to the Coordinated Federal Wage System. Such employees are paid rates authorized on Wage Schedules issued by the Department of Transportation.

**26. Crediting and Paying for Overtime**. Unless specifically stated, the following rules apply to General Schedule employees and to Wage employees:

a. **Minimum Period**. Overtime work performed is credited and paid for in minimum periods of 30 minutes or multiples thereof. Overtime work that amounts to less than a 30-minute multiple shall not be carried over and accumulated for pay purposes. Such amounts must be dropped on a daily basis.

b. **Computation**. For pay purposes:

(1) Compute overtime work separately for each administrative workweek.

(2) Treat work performed in excess of 8 hours. Deleted by 6.

(3) Compute overtime pay for work performed in excess of 8 hours. Deleted by 6.

c. **Separate Methods of Computing Pay**. Deleted by PRIB 6.

**Example:** An employee is scheduled to work four 10-hour days, Monday through Thursday (his basic 40-hour workweek), and is required to work 5 hours on Friday. His hours worked and pay are as follows:

**Example Schedule**

| | **Sun** | **Mon** | **Tue** | **Wed** | **Thu** | **Fri** | **Sat** | **Total** |
|---|---|---|---|---|---|---|---|---|
| Scheduled workweek | X | 10 | 10 | 10 | 10 | X | X | 40 |
| Hours worked | X | 10 | 10 | 10 | 10 | 5 | X | 45 |
| Pay: Basic Rate | 8 | 8 | 8 | 8 | 5 | 37 | | |
| Overtime Rate | 2 | 2 | 2 | 2 | 8 | | | |

Pay for work in excess of 8 hours in a day gives the greater number of hours of overtime pay. The employee does not receive overtime pay for the 5 hours worked on Friday, outside his basic workweek. Other pay examples are shown in Appendix 1.

d. **Leave with Pay**. Authorized absence from duty on leave with pay during an employee's basic 40-hour workweek (including authorized absence on a legal holiday, on a nonworkday established by Executive Order or administrative order, and on compensatory time off) is considered employment. Such absences do not reduce the amount of overtime earned during an administrative workweek. Leave with pay (e.g. annual or sick leave) is charged only for an absence that occurs within an employee's basic 40-hour workweek (21 Comp. Gen. 965; 25 Camp. Gen. 344; 46 Comp. Gen. 217). 34

e. **Leave Without Pay**. Before an employee can be paid for overtime work, he must make up any time in a

nonpay status that falls within the period of service upon which his right to overtime pay is based (i.e., work in excess of 8 hours in a day, or in excess of 40 hours in an administrative workweek).

(1) **Paid for Work in Excess of 40 Hours**. For a period of leave without pay within the basic workweek, an equal period of work performed outside the basic workweek (but within the same administrative workweek) must be substituted and paid at basic pay rates before an employee is paid at his overtime rate on the basis of work in excess of 40 hours in a workweek.
(2) **Paid Work in Excess of 8 Hours in a Day**. Deleted by PRIB 6.

f. **Absence During Scheduled Overtime Hours**. An employee who has a regularly scheduled tour of duty that includes regularly scheduled overtime hours (e.g., six 8-hour days; four 10-hour days) receives overtime pay only when he actually performs work during the overtime hours, except as follows:

(1) An employee who is absent on court leave or military leave receives the same pay that he would receive for working his regularly scheduled tour of duty (31 Comp. Gen. 173). If he is on court leave or military leave on a day that he would otherwise receive overtime pay, he receives overtime pay for his regularly scheduled overtime hours. (See the **note** in paragraph 83e which explains "absence on court leave.")
(2) An employee who performs official travel receives overtime pay for travel performed during his regularly scheduled overtime hours (5 U.S.C. 5542 (b) (2)(A)). Section 3 of this chapter contains rules on overtime pay for travel performed outside the regularly scheduled tour of duty.

(3) An employee receives overtime pay for his regularly scheduled overtime hours when he is granted the use of earned compensatory time during his regularly scheduled overtime hours.

**Note:** An employee excused from work during scheduled overtime hours to receive medical treatment for job connected injury does not receive overtime pay (46 Comp. Gen. 217). An employee who works a four 10-hour day tour and who receives overtime pay for work in excess of 8 hours in a day does NOT receive overtime pay when he performs no work on a holiday that falls on one of his regularly scheduled four 10-hour days (47 Comp. Gen. 358).

g. **Night and Holiday Work**. Hours of night or holiday duty are included in determining for overtime pay purposes the total number of hours of employment within the same administrative workweek.

h. **Overtime Work on Sunday or a Holiday**. Deleted by PRIB 6.
i. **Insurance and Retirement Deductions.** Group life insurance and retirement deductions are made from the basic rate of pay. Insurance and retirement deductions from the pay of an employee who receives overtime pay for work performed **within** his basic 40-hour workweek (e.g. four 10-hour days or two scheduled shifts on the same calendar day) shall be deducted from his basic rate of pay (exclusive of overtime pay) for the full 40-hour workweek. These deductions shall not be made on overtime pay rates (42 Comp. Gen. 195 and 429).