# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * *

**JAMES R. VANDERPOOL, et al.,**

**Plaintiffs,**

**v.**

**UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * *

**No. 04-93C**
**Filed: April 23, 2007**

**O R D E R**

The court has been working on the defendant's pending, partial motion to dismiss, and has found areas requiring supplementation. Attached to the plaintiffs' March 5, 2007 reply brief are documents indicating that Mr. Fisher has been promoted and will receive availability pay. On or before **Monday, April 30, 2007**, defendant shall file a supplemental brief explaining its earlier position on the nonexistence of availability pay under the FAA Personnel Management System, and these plaintiff-supplied documents indicating the apparent continued existence of availability pay. The court does not require anything on this issue from the plaintiffs, but if plaintiffs do have anything to add, plaintiffs also shall file a supplemental brief on or before **Monday, April 30, 2007**. If plaintiffs have nothing further to add on the issue, plaintiffs shall so indicate in a short notice to the court, on or before **Monday, April 30, 2007**.

Furthermore, defendant's February 26, 2007 second supplemental appendix, volume I, at 5 - 11, contains an input from the FAA purporting to show that plaintiffs were not GS-1811/1812s during portions of the periods claimed by the plaintiffs. Plaintiffs' response to this FAA data in its March 5, 2007 supplemental rely brief, at 2, includes the phrase, "[a]ssuming that the Defendant's claims regarding classification are accurate . . . ." The FAA dates and classifications impact the validity of plaintiffs' claims. On or before **Monday, April 30, 2007**, the parties shall consult and file a joint status report reflecting agreement on the plaintiffs' employment history, and shall include attached charts in the same format used in the defendant's submission. Any disagreements plaintiffs have with the FAA dates and classifications shall be reflected in the joint status report, in detail, and supported by documentation in an appendix.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**