# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * *

**JAMES R. VANDERPOOL, et al.,**

**Plaintiffs,**

**v.**

**UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * *

**No. 04-93C**
**Filed: April 25, 2007**

## O R D E R

Defendant's counsel called chambers on April 24, 2007, and requested an unopposed enlargement of time of two weeks within which to file its supplemental brief on Mr. Fisher's availability pay, and the joint status report on the plaintiffs' employment history. See the court's Order of April 23, 2007. Defendant's request for an enlargement of time is **PARTIALLY GRANTED**. On or before **Tuesday, May 8, 2007**, defendant shall file its supplemental brief on Mr. Fisher's availability pay, and the joint status report on the plaintiffs' employment history.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**