IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| JAMES R. VANDERPOOL, THOMAS L. CAVEN, MICHELLE L. ROOT, RICHARD L. ROBERTS, THOMAS J. FUNKE, WILLIAM E. FISHER, DONALD McMULLEN, and ROBERT MACHO | ) | |
| Plaintiffs, | ) | No. 04-93C |
| v. | ) | (Judge Horn) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

JOINT STATUS REPORT

Pursuant to the Court's April 23, 2007 order, on May 4, 2007, defendant's counsel and plaintiffs' counsel conferred concerning plaintiffs employment history with the Federal Aviation Administration ("FAA"). As a result, the parties agree that the attached charts, which are the same charts found at pages 5-11 of defendant's 2nd supplemental appendix-volume I, accurately reflect each plaintiff's employment history, including whether a plaintiff's job classification was a series 1801 or a series 1811.[1/]

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

[1/] None of the plaintiffs were a series 1812.

\s\ Kathryn A. Bleecker
KATHRYN A. BLEECKER
Assistant Director

\s\ Lawrence Berger
LAWRENCE BERGER
MAHON & BERGER
350 Old Country Road
Garden City, NY 11530

Attorney for Plaintiffs

\s\ Steven J. Abelson
STEVEN J. ABELSON
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L St., N.W.
Washington, D.C. 20530
Tele: (202) 514-4325

Attorneys for Defendant

OF COUNSEL:
RAYMOND A. MARTINEZ
Attorney
Federal Aviation Administration
AGC-30 Personnel and Labor Law
600 Independence Ave, S.W.
Washington, D.C. 20591

May 8, 2007

CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of May 2007, the foregoing "JOINT STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

\s\ Steven J. Abelson

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| JAMES R. VANDERPOOL, THOMAS L. CAVEN, MICHELLE L. ROOT, RICHARD L. ROBERTS, THOMAS J. FUNKE, WILLIAM E. FISHER, DONALD McMULLEN, and ROBERT MACHO, | ) | |
| Plaintiffs, | ) | No. 04-0093C |
| v. | ) | (Judge Horn) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S SUBMISSION OF INFORMATION EXTRACTED FROM THE FEDERAL AVIATION ADMINISTRATION'S PERSONNEL RECORDS REFLECTING EACH POSITION, AND THE GENERAL SCHEDULE SERIES CLASSIFICATION FOR THOSE POSITIONS, THAT EACH PLAINTIFF HELD DURING THE PERIODS OF TIME THAT EACH PLAINTIFF CLAIMS ENTITLEMENT TO AVAILABILITY PAY PURSUANT TO 5 U.S.C. § 5445a

| PERIODS CLAIMED FOR JAMES R. VANDERPOOL | JAMES R. VANDERPOOL POSITIONS AND SERIES CLASSIFICATIONS FOR PERIODS CLAIMED |
|---|---|
| October 31, 1994-October 30, 1995 | October 31, 1994-May 28, 1995: GM-1811-14, Supervisory Criminal Investigator<br><br>May 29, 1995- October 30, 1995: GM-1801-14, Supervisory Investigations and Internal Security Specialist |
| October 31, 1995-March 25, 2001 | October 31, 1995-March 31, 1996: GM-1801-14, Supervisory Investigations and Internal Security Specialist<br><br>April 1, 1996-March 28, 1999: FM-1801-14, Supervisory Investigations & Internal Security Specialist<br><br>March 28, 1999-April 23, 2000: FG-1801-15, Supervisory Investigations & Internal Security Specialist<br><br>April 23, 2000-March 25, 2001: FV- 1801-K, Supervisory Investigations & Internal Security Specialist |

| PERIODS CLAIMED FOR RICHARD L. ROBERTS | RICHARD L. ROBERTS POSITIONS AND SERIES CLASSIFICATIONS FOR PERIODS CLAIMED |
|---|---|
| October 31, 1994-October 30, 1995 | October 31, 1994-October 30,1995: GS-1801-12, Civil Aviation Security Specialist. |
| October 31, 1995-March 26, 2001 | October 31,1995-March 31, 1996: GS-1801-12, Civil Aviation Security Specialist.<br><br>April 1, 1996-May 25, 1997: FG-1801-12, Civil Aviation Security Specialist.<br><br>May 26, 1997-Nov 8, 1997: FG-1801-12, Civil Aviation Security Specialist.<br><br>November 9, 1997-Dec 20, 1998: FG-1811-12, Criminal Investigator<br><br>December 20, 1998-March 25, 2001: FG-1811-13, Criminal Investigator assigned to Internal Security Branch,<br><br>March 26, 2001: FG-1801-13, Civil Aviation Security Specialist |

| PERIODS CLAIMED FOR THOMAS J. FUNKE | THOMAS J. FUNKE POSITIONS AND SERIES CLASSIFICATIONS FOR PERIODS CLAIMED |
|---|---|
| October 30, 1994-April 1, 1996 | October 31, 1994-April 2, 1995:<br>GM-1801-13, Supervisory Civil Aviation Security Specialist<br><br>April 2, 1995-March 31, 1996:<br>GS-1811-13, Criminal Investigator, Internal Security Branch. |
| April 1, 1996-March 26, 2001 | April 1, 1996-October 13, 1996:<br>FG-1811-13, Criminal Investigator.<br><br>October 14, 1996-March 25, 2001:<br>FG 1811-13, Criminal Investigator.<br><br>March 26, 2001:<br>FG-1801-13, Civil Aviation Security Specialist (Investigations) |

| PERIODS CLAIMED FOR THOMAS L. CAVEN | THOMAS L. CAVEN POSITIONS AND SERIES CLASSIFICATIONS FOR PERIODS CLAIMED |
|---|---|
| October 31, 1994-October 30, 1995 | October 31, 1994-December 24, 1994: GS-1811-12, Criminal Investigator, Internal Security Branch<br><br>December 25, 1994-April 15, 1995: GS-1811-13, Criminal Investigator, Internal Security Branch<br><br>April 16, 1995-October 30, 1995: GS-1811-13, Senior Criminal Investigator, Internal Security Branch |
| October 31, 1995-January 4, 2002 | October 31, 1995-March 31, 1996: GS-1811-13, Senior Criminal Investigator, Internal Security Branch<br><br>April 1, 1996-January 6, 2002: FG-1811-13, Senior Criminal Investigator, Internal Security Branch.<br><br>January 6, 2002: FG-1801-13,Civil Aviation Security Specialist (Investigations), Internal Security Branch |

| PERIODS CLAIMED FOR MICHELLE L. ROOT | MICHELLE L. ROOT POSITIONS AND SERIES CLASSIFICATIONS FOR PERIODS CLAIMED |
|---|---|
| June 7, 1998-June 6, 1999 | June 7, 1998-June 6, 1999: FG-1811-12, Criminal Investigator Internal Security Branch. |
| June 7, 1999-March 26, 2001 | June 7, 1999-January 31, 1999: FG-1811-12, Criminal Investigator Internal Security Branch.<br><br>February 1, 1999-March 25, 2001: FG-1811-13, Criminal Investigator (DISP), Internal Security Branch.<br><br>March 26, 2001: FG-1801-13, Civil Aviation Security Specialist (Investigations), Internal Security Branch. |

| PERIODS CLAIMED FOR WILLIAM E. FISHER | WILLIAM E. FISHER POSITIONS AND SERIES CLASSIFICATIONS FOR PERIODS CLAIMED |
|---|---|
| October 31, 1994-October 30, 1995 | October 31, 1994-October 30, 1995: GS-1811-13, Criminal Investigator (Central Region) |
| October 31, 1995-March 26, 2001 | October 31, 1995-March 31, 1996: GS-1811-13, Criminal Investigator (Central Region)<br><br>April 2, 1996-March 26, 2001 FG-1811-13, Criminal Investigator (Central Region) |

| PERIODS CLAIMED FOR DONALD McMULLEN | DONALD McMULLEN POSITIONS AND SERIES CLASSIFICATIONS FOR PERIODS CLAIMED |
|---|---|
| September 14, 1997-September 13, 1998 | September 14, 1997-September 13, 1998: FG-1811-9, Criminal Investigator (Western Pacific Region) |
| September 14, 1998-March 26, 2001 | September 14,, 1998-September 12, 1999: FG-1811-11, Criminal Investigator (Western Pacific Region)<br><br>September 13, 1999-October 8, 2000: FG-1811-12, Criminal Investigator (Western Pacific Region)<br><br>October 9, 2000-March 26, 2001: FG-1801, Civil Aviation Security Specialist, Western Pacific Region. |

| PERIODS CLAIMED FOR ROBERT MACHO | ROBERT MACHO POSITIONS AND SERIES CLASSIFICATIONS FOR PERIODS CLAIMED |
|---|---|
| August 16, 1998-August 15, 1999 | August 16, 1998-December 6, 1998: FG-1811-11, Criminal Investigator, Internal Security Branch<br><br>December 7, 1998-August 15, 1999: FG-1811-12, Criminal Investigator, Internal Security Branch |
| August 16, 1999-February 10, 2001 | August 16, 1999-October 24, 1999: FG-1811-12, Criminal Investigator, Internal Security Branch<br><br>October 25, 1999-February 10, 2001: FG-1811-13, Criminal Investigator, Internal Security Branch (Mr. Macho employed by Department of Homeland Security on or about February 11, 2001) |

I certify that I am the individual who, in my official capacity, extracted the information from the official personnel records maintained by the Federal Aviation Administration and, to the best of my knowledge and belief, the information contained in this document is an accurate representation of the information that I extracted from the personnel records maintained by the Federal Aviation Administration.

Dated 2/22/2007

Susan Underwood
SUSAN UNDERWOOD
Manager
Training and Workforce Resources Staff,
Office of Security and Hazardous Material,
Federal Aviation Administration