# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * *

**JAMES R. VANDERPOOL, et al.,**

**Plaintiffs,**

**v.**

**UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * *

**No. 04-93C**
**Filed: May 6, 2008**

**O R D E R**

The court issued an opinion in the above-captioned case on May 6, 2008. The court **SCHEDULES** a status conference for **Wednesday, May 21, 2008, 10:30 a.m. EDT**. The parties may appear by telephone. Unless otherwise notified, the court will contact plaintiff's counsel at (516) 671-2688, and defendant's counsel at (202) 616-0461. The parties shall consult prior to the conference and, in light of the court's May 6, 2008 opinion, shall explore settlement possibilities for the remaining claims in the case. If settlement of the remaining claims does not appear viable, at the conference the parties shall be prepared to propose how to resolve the remaining claims, with a proposed time line.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**