# In the United States Court of Federal Claims

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * * | |
| **JAMES R. VANDERPOOL, et al.,** * | |
| **Plaintiffs,** * | |
| **v.** * | **No. 04-93C**<br>**Filed: May 20, 2008** |
| **UNITED STATES,** * | |
| **Defendant.** * | |
| * * * * * * * * * * * * * * * * * * * | |

**O R D E R**

The court held a status conference in the above-captioned case on May 19, 2008, with the parties appearing by telephone. The parties have agreed to engage in settlement discussions, which the court encourages. On or before **Monday, July 7, 2008**, the parties shall file a joint status report, detailing their settlement progress, but without citing any numbers. As agreed to by the parties at the conference, the court **SCHEDULES** a status conference for **Monday, July 14, 2008, 10:30 a.m. EDT**. At this time it is contemplated that the parties may appear by telephone. Unless otherwise notified, the court will contact plaintiff's counsel at (516) 671-2688, and defendant's counsel at (202) 616-0461. Plaintiff's counsel also shall provide the telephone numbers of the remaining plaintiffs on or before **Monday, July 7, 2008**, and ensure that they are available for the July 14, 2008 conference. Depending on the progress demonstrated in the status report, the court may require that all parties, including the remaining plaintiffs, appear in person.

Only the court can cancel the July 14, 2008 status conference, and the conference will be cancelled only if the court has received a joint stipulation of dismissal of the claims of the remaining plaintiffs. If settlement of the remaining claims does not appear viable, at the conference the parties shall be prepared to propose how to resolve the remaining claims, with a proposed time line.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**