# In the United States Court of Federal Claims

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * * | |
| **JAMES R. VANDERPOOL, et al.,** | |
| **Plaintiffs,** | |
| **v.** | **No. 04-93C** |
| | **Filed: July 7, 2008** |
| **UNITED STATES,** | |
| **Defendant.** | |
| * * * * * * * * * * * * * * * * * * * | |

## O R D E R

Based on the request of the parties, and to facilitate settlement discussions, the court **RESCHEDULES** the July 14, 2008 conference with a status conference on **Monday, July 28, 2008, 10:30 a.m. EDT**. On or before **Thursday, July 24, 2008, 12:00 p.m. EDT**, the parties shall file a joint status report, detailing their settlement progress, but without citing any numbers. At this time it is contemplated that the parties may appear by telephone. Unless otherwise notified, the court will contact plaintiff's counsel at (516) 671-2688, and defendant's counsel at (202) 616-0461. If the case is not sooner settled, on or before **Thursday, July 24, 2008, 12:00 p.m. EDT**, plaintiff's counsel also shall provide the telephone numbers of the remaining plaintiffs in this case, and ensure that they are available for the July 28, 2008 conference. Depending on the progress demonstrated in the status report, the court may require that all parties, including the remaining plaintiffs, appear in person.

Only the court can cancel the July 28, 2008 status conference, and the conference will be cancelled only if the court has received a joint stipulation of dismissal of the claims of the remaining plaintiffs in the case. If settlement of the remaining claims does not appear viable, at the conference the parties shall be prepared to propose how to resolve the remaining claims, with a proposed time line.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**