# In the United States Court of Federal Claims

| | | |
|---|---|---|
| * * * * * * * * * * * * * * * * * | * | |
| | * | |
| **JAMES R. VANDERPOOL, et al.,** | * | |
| **Plaintiffs,** | * | |
| | * | **No. 04-93C** |
| **v.** | * | **Filed: August 8, 2008** |
| | * | |
| **UNITED STATES,** | * | |
| | * | |
| **Defendant.** | * | |
| * * * * * * * * * * * * * * * * * | * | |

**O R D E R**

As agreed to by the parties, the court **SCHEDULES** a status conference for **Friday, August 15, 2008, 11:30 a.m. EDT**, with the parties appearing by telephone, unless the remaining claims in the case are sooner settled. Unless otherwise notified, the court will contact plaintiff's counsel at (516) 671-2688, and defendant's counsel at (202) 616-0461.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**