# In the United States Court of Federal Claims

| | | |
|---|---|---|
| * * * * * * * * * * * * * * * * * | * | |
| | * | |
| **JAMES R. VANDERPOOL, et al.,** | * | |
| | * | |
| **Plaintiffs,** | * | |
| | * | **No. 04-93C** |
| **v.** | * | **Filed: August 15, 2008** |
| | * | |
| **UNITED STATES,** | * | |
| | * | |
| **Defendant.** | * | |
| * * * * * * * * * * * * * * * * * | * | |

**O R D E R**

As agreed to by the parties, the court **SCHEDULES** a status conference for **Monday, August 25, 2008, 2:30 p.m. EDT**, with the parties appearing by telephone (instead of the conference on August 22, 2008, which is cancelled). All plaintiffs with remaining claims shall appear by telephone for the August 25, 2008 conference. Plaintiff's counsel shall notify the plaintiffs of the conference, and shall provide chambers, at (202) 357-6580, of the telephone numbers at which all of the remaining plaintiffs can be reached, on or before **Wednesday, August 20, 2008, 5:00 p.m. EDT**. Unless otherwise notified, the court will contact plaintiff's counsel at (516) 671-2688, and agency counsel at (202) 385-8235. Defendant's counsel shall provide a telephone number at which he can be reached, on or before **Wednesday, August 20, 2008, 5:00 p.m. EDT**. The parties shall consult prior to the conference, be prepared to discuss impediments to settlement, and also to propose how to proceed in resolving remaining claims, including a proposed trial date and location.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**