# In the United States Court of Federal Claims

| | |
|---|---|
| JAMES R. VANDERPOOL, et al., Plaintiffs, v. UNITED STATES, Defendant. | No. 04-93C Filed: August 27, 2008 |

## O R D E R

The court held a status conference in the above-captioned case on August 25, 2008, with the attorneys of record, and the four remaining plaintiffs, appearing by telephone. As discussed with the parties at the conference, all initial discovery requests, including requests for depositions, shall be made on or before **Monday, September 15, 2008**, and all initial discovery responses shall be completed on or before **Wednesday, October 15, 2008**. The court **SCHEDULES** a status conference for **Tuesday, October 14, 2008, 2:30 p.m. EDT**, with counsel and the plaintiffs appearing by telephone. Unless otherwise notified, the court will contact Mr. Berger at (516) 671-2688, Mr. Caven at (425) 256-1164, Mr. Funke at (303) 690-0297, Mr. Fisher at (816) 876-1952, Mr. Vanderpool at (206) 947-7188, Mr. Abelson at (202) 616-0461, and Mr. Martinez at (202) 385-8235. The parties shall consult prior to the conference, be prepared to discuss the potential for settlement, and also be prepared to propose a trial schedule, including a date for pre-trial, RCFC Appendix A filings, and a date for a pre-trial conference.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**